IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1067-WKW |
| | ) |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Honorable Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 5th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE