IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT RODGERS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: |
| ) | 2:06-CV-1067-WKW-SRW |
| CRACKER BARREL OLD ) | |
| COUNTRY STORE, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## DEFENDANT CRACKER BARREL OLD COUNTY STORE, INC.'S CORPORATE DISCLOSURE STATEMENT

COMES NOW defendant Cracker Barrel Old Country Store, Inc. and submits the following corporate disclosure statement: Cracker Barrel Old County Store, Inc. is a wholly-owned subsidiary of CBRL Group, Inc., which is publicly traded.

s/ Jennifer M. Busby
Jennifer M. Busby (BUS009)
Ashley H. Hattaway (HAT007)

Attorneys for Cracker Barrel Old Country Store, Inc.

1528884

**OF COUNSEL**:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100


**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2006, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, and I hereby certify that on December 22, 2006, a copy of the foregoing Corporate Disclosure Statement was served on the following by directing same to him through first-class, United States mail, postage prepaid:

    Dwight Rogers
    919 Eastern Oaks Drive
    Montgomery, Alabama 36117

                                      s/ Jennifer M. Busby
                                      OF COUNSEL