IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv1067-WKW |
| | ) |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) ) |
| | ) |
|     Defendant. | ) |

## ORDER

It is hereby ORDERED that the above-referenced case be set for a scheduling conference on January 25, 2007 at 4:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 8th day of January, 2007.

                                                   /s/ Susan Russ Walker
                                                 SUSAN RUSS WALKER
                                                 UNITED STATES MAGISTRATE JUDGE