MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:    JANUARY 25, 2007        4:20 p.m.

DATE COMPLETED:    JANUARY 25, 2007        4:22 p.m.

    2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. (MAG+)
        PRO SE Dwight N. Rodgers (Plaintiff)
        Ashley Heron Hattaway and Jennifer Manasco Busby representing Cracker Barrel Old Country Store, Inc. (Defendant)

## COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

## SCHEDULING CONFERENCE

4:20 p.m.    Court convenes.

        Court's statements regarding the fact that plaintiff has not appeared for this proceeding. Proceeding was scheduled to commence at 4:00 p.m. but the Court waited 20 minutes for plaintiff to appear.

        Judge Walker's Judicial Assistant has tried to contact plaintiff by phone but could not reach anyone.

        Mrs. Hattaway and Mrs. Busby state to the court that they received a phone call from Attorney Lee Breedlove's office in Georgia stating that he was expecting to file a notice of appearance on behalf of plaintiff.

        Court notes a notice of appearance has not been filed.

        Court will reschedule this proceeding.

4:22 p.m.    Court recessed.