UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Dwight N. Rodgers, | ) |
| *Plaintiff,* | ) CIVIL ACTION NO.: |
| v. | ) 2:06 CV 1067 -WKW |
| Cracker Barrel Old Country Store, Inc., | ) |
| *Defendant.* | ) |

## NOTICE OF APPEARANCE

**COMES NOW,** Byron R. Perkins, and gives notice of appearance in the above styled cause of action.

Respectfully Submitted,

_____
Byron R. Perkins
Attorneys for Plaintiff

**OF COUNSEL:**
THE COCHRAN FIRM
505 North 20th Street
Suite 825
Birmingham, AL 35203
(205) 244-1115 Office
(205) 244-1171 Fax
BPERKINS@cochranfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the above Notice of Appearance has been served on the following via Hand Delivery and U.S. Mail at:

Lee Breedlove, Esq.
Monica A. York, Esq.
Breedlove and Lassiter, LLP
250 E. Ponce de Leon Ave. Ste. 425
Decatur, Georgia 30030
(404) 377-5512

Jennifer Busby, Esq.
Ashley Hattaway, Esq.
Burr & Foreman, LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203

Done this 12 day of _____, 2007.

OF COUNSEL