IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1067-WKW |
| ) | (WO) |
| CRACKER BARREL OLD COUNTRY ) | |
| STORE, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the appearance of counsel, it is ORDERED that the order referring this case to the Magistrate Judge (Doc. # 3) is VACATED.

DONE this 6th day of April, 2007.

        /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE