IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 APR 24  A 10: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DWIGHT N. RODGERS, | ) |
| | ) |
| Plaintiff, | ) Civil Action File |
| | ) No. 2:06-cv-1067 |
| vs. | ) |
| | ) |
| CRACKER BARREL OLD | ) |
| COUNTRY STORE, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel respectfully requests an order granting permission to appear before this Court, *pro hac vice*, in the above-styled matter and as a grounds states the following:

1.

The undersigned counsel is member of the State Bar of Georgia and the U S District Court of Georgia, Northern District.

2.

The undersigned counsel is in good standing with the State Bar of Georgia and has no disciplinary proceedings or complaints currently pending.

**WHEREFORE**, the undersigned counsel respectfully requests an order

-1-

granting permission to appear *pro hac vice*.

Respectfully submitted this ___19___ day of ___April___, 2007.

_____
Monica A. York
State Bar No. 781153
Attorney for Plaintiff

**ATTORNEYS BREEDLOVE & LASSITER, LLP**
250 East Ponce de Leon Avenue
Suite 425
Decatur, Georgia 30030
404-377-5512
404-377-5515 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CRACKER BARREL OLD )<br>COUNTRY STORE, INC., )<br>)<br>Defendant. ) | Civil Action File<br>No. 2:06-cv-1067 |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was mailed, first-class, postage prepaid, on the __19__ day of __April__, 2007 to the following:

Jennifer Busby, Esq.
Ashley Hattaway, Esq.
Burr & Forman LLP
3100 Wachovia Tower, 420 North 20th Street
Birmingham, Alabama 35203

_____
Monica A. York
State Bar No.: 781153
Attorney for Plaintiff

**ATTORNEYS BREEDLOVE & LASSITER, LLP**
250 E. Ponce de Leon Avenue, St 425
Decatur, Georgia, 30030

-3-



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MONICA ALAYNE YORK**, State Bar No. **781153**, was duly admitted to practice in said Court on April 19, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 30th day of January, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Jamee Holland*
Jamee Holland
Deputy Clerk

