IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-1067-WKW ) |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) ) ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Motion for Monica Alayne York to Appear Pro Hac Vice (Doc. # 14) filed on April 24, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 25th day of April, 2007.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE