# EXHIBIT A



# Cracker Barrel Old Country Store Inc

### ED: 140289

### TED MOORE

| Equiry | Type | Std | Last | First | Middle | SSN | Receipt |
|--------|------|-----|------|-------|--------|-----|---------|
| 800911 | 7 | 1 | RODGERS | DWIGHT | | 727627502 | 7/9/04 |

### BOJANGLES Reference Report

Edge spoke with Emilee Ray, the General Manager of BOJANGLES.
The following information was furnished concerning this applicant.

Dates of Employment Claimed: 9/2001 to 6/2004
Dates of Employment Reported: 9/2001 to 6/2004

Job Title Claimed: GENERAL MANAGER
Job Title Reported: General Manager

Salary Claimed: $45K
Salary Reported: Unknown

Applicants Performance: Very good - He brought the store numbers way up.
Integrity & Trustworthiness: Excellent
Interpersonal Skills: Excellent - He has great customer relation skills
Further Development Area(s): No issues
Reliability: Very reliable
Appearance, Dress and professional: well groomed
Personal Conduct/Integrity: Excellent
Ability To Get Along With Others: Excellent
Ability To Accept Criticism: Excellent
Productivity: Excellent - great asset
Attitude To Work Co-Workers/Supervisors: Excellent
Ability To Understand/Follow Instructions: Excellent
Willingness To Handle Assignments: Excellent
Punctuality: Excellent - very punctual
Safety Consciousness: Excellent

Reason For Resignation: He was terminated, he was following company policy and
reprimanded a team member for a few days. That team member became very upset
and due to actions taken by that member, Dwight was terminated.

Eligible For Rehire: Unsure - Human Relations wants to meet with Dwight to see if
the situation can be rectified.

Contact By Recruiter: No. Phone Number: N/A  Best Time: N/A

Edge Information Management, Inc. ------ 7/19/02 12:57:17 PM

***** END OF REPORT *****

### Edge Informanagement, Inc.

This Report Printed On:   7/19/02      2:25 pm

EEOC Doc's  000184
Rodgers v. CB



Page 1 of 1

Dwight Rodgers Docs
Prod. to EEOC 000041

# EXHIBIT B



Area Manager
* Managed 2 supervisors and 35 merchandisers in the implementing of company plan-o-grams.
* Implemented training program for new projects.
* Counseled and maintained payroll and schedules.
* Conducted Quality Assurance inspections on completed assignments.
* Managed the administrative office hiring of temporary staff personnel.

EDUCATION
    Cochise College    US-Arizona-Sierra Vista.
Bachelor's Degree
Completed 1 of my 3.5 years.  Relocated due to military spouse.

    University of Maryland    US-Maryland-College Park
Bachelor's Degree
Completed 1.5 years of my 3.5 years of college, relocated with military spouse.

    Columbia-Bern College    US-Virginia-Norfolk
Bachelor's Degree
Completed 1 year of my 3.5 year of college

SKILLS
Skill Name  Skill Level  Last Used  Experience
Savvy Safe certified and instructor qualified  Expert  Currently used  5 years

REFERENCES
Mr. Michael Schuster    Brand Act Restaurant Inc.    Area Manager
Phone Number:        757-424-0391
Reference Type:      Professional

Deborah Dylan Athens Daily News   Circulation Director
Phone Number:        800-523-4436
Reference Type:      Professional

Mr. Floyd Beller    RIA Merchandising Company Inc.    President of Operations
Phone Number:        800-735-1047
Reference Type:      Professional

James Rundell   RTM Incorporated   Area Supervisor
Phone Number:        770-905-0310
Reference Type:      Professional

James Rundell   RTM Incorporated   Area Supervisor
Phone Number:        770-905-0310
Reference Type:      Professional

ADDITIONAL INFORMATION
    Completed the Equal Employment Opportunity Officers course.  Worked as a Equal Employment Opportunity
Specialist for 3 years

EEOC Doc's  000169
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000026



Moore Ted 402

From: Medoff Burt 402
Sent: Monday, June 24, 2002 6:21 PM
To: Moore Ted 402
Subject: FW: Monster Resume #16097421 Associate Restaurant Manager FLCTRES061002BM
Monster Job #16053351

-----Original Message-----
From: DNRODG@YAHOO.COM [mailto:DNRODG@YAHOO.COM]
Sent: Friday, June 21, 2002 6:38 PM
To: Medoff Burt 402
Subject: Monster Resume #16097421 Associate Restaurant Manager
FLCTRES061002BM Monster Job #16053351

Monster resume #16097421
Title: Associate Food
Info_ref_code: FLCTRES061002BM
Monster job #16053351

Name:    DWIGHT RODGERS
Street:    404 SUMMIT LAKE DRIVE
City/Town:   STONE MOUNTAIN
State:   GA
Postal Code:   30083
Country:   US
Phone Number:   770-469-6102
Fax Number:   770-469-4092
Email:   DNRODG@YAHOO.COM
Relocate:   Will Relocate
Salary Requirement:   54000 USD/year
Work Requirements:   Full-Time, Employee
Education:   Bachelor's Degree
Work Status:   US I am authorized to work in this country for any employer.

DWIGHT RODGERS
404 SUMMIT LAKE DRIVE
STONE MOUNTAIN, GA  30083
US
DNRODG@YAHOO.COM
Primary Phone: 770-469-6102
Secondary Phone: 770-469-4092
Mobile: 678-595-6174
Fax: 770-469-4092
"Professionalism First"
Resume #16097421

OBJECTIVE
    To obtain a position in management with your company that would give me the opportunity of advancement to use the skills and knowledge I have obtained while working in the restaurant management field.
TARGET JOB
    Target Job Title:   GENERAL MANAGER
    Alternate Target Job Title:   MULTI-UNIT MANAGER

EEOC Doc's  000167
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000024

Desired Job Type: Employee
Desired Status: Full-Time
Desired Salary: 44,000.00 USD Per Year
Shift Level: No Preference
Description of my perfect job:
One that would allow to advance to a senior management position by implementing and developing my managerial traits
in a manage
Career Level: Management (Manager/Director of Staff)
Date of Availability: Immediately

**TARGET COMPANY**
Company Size: No Preference
Category: Restaurant and Food Service
Description of my ideal company:
One that promotes a continued education and allows its employee's the chance to advance and demonstrate their
abilities.

**TARGET LOCATIONS**
Relocate: Yes
US

**WORK STATUS**
US: I am authorized to work in this country for any employer.

**EXPERIENCE**
8/2001 - Present    RTM Southeast Incorporated    Atlanta, Georgia
General Manager
*Manage 2 assistant managers and 20 team members.
*Control food cost and inventory accountability.
*Interview, select and develop restaurant personnel.
*Maintain the Unit P&L, General Ledger reconciliation and budgeted sales.
*Designed and implemented the local store marketing program.
*Completed performance reviews on subordinate managers and team members.

8/1999 - 8/2001    Bojangles Restaurant Inc.    Martinez, Georgia
Training Unit Director
*Implemented company training program with new management candidates and restaurant staff. *Responsible for
teaching and maintaining phase I and II training and certification of restaurant.
*Trained all management staff in restaurant operating procedures and certification.
*Interview, select and develop management trainee candidates.
*Maintained P&L's and implemented yearly budget.
*Implement and managed the local store marketing program.

8/1998 - 5/1999    Bojangles Restaurant Inc.    Greenwood South Carolina
Unit Director
*Operated shifts without supervision.
*Interviewed, selected and developed restaurant level personnel.
*Implemented training course for new restaurant personnel.
*Contributed restaurant goals and budget.
*Completed performance reviews.
*Controlled food cost and inventory.

8/1997 - 8/1998    Athens Daily News  Athens, Georgia
District Manager
*Supervised the delivery and sales of newspapers on routes 15.
*Promoted sales of company paper through cold calling and route maintenance.
*Maintained customer log of stops and starts for a timely delivery of paper stops and starts.

10/1995 - 12/1997  Prestige Staffing/Merchandising Services    Athens, Georgia
Operating Partner/Owner
*Recruited and trained personnel to assist clients with personnel shortages for various positions.
*Managed the work performance of company temporary personnel.
*Negotiated contracts for the hiring of services personnel and their salaries.
*Coordinated the marketing and advertising for recruitment of company services.

10/1992 - 9/1995    PIA Merchandising Company Inc.    Clear Water, Florida

EEOC Doc's  000168
Rodgers v. CB



Dwight Rodgers Docs
Prod. to EEOC 000025

# EXHIBIT C

CONFIDENTIAL



## EMPLOYEE STATUS CHANGE

EMPLOYEE'S NAME  *Dwight Rodgers*

LOCATION  *#453*

S.S. #  *227 92 7302*

EFFECTIVE DATE  *7  19  99*
Mo.   Da.   Yr.

### REASON (S)

☐ (NH) NEW HIRE (Attach Employee Information Card)

☐ (RH) REHIRE (Attach Employee Information Card)

☐ (PR) PROMOTION

☐ (DE) DEMOTION

☐ (MI) MERIT INCREASE

☐ TERMINATION*

☑ OTHER

☐ T   ☐ PC   ☐ SA   ☐ NM

Date of Hire: _____

Date of Last Increase: _____

### CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☑ Position Include Job # if known | *Trainee (990)* | *Asst. U.D. (181)* |
| ☐ Pay Rate | *10 081* | *10 453* |
| ☑ Location / Store # | | |
| ☐ Leave of Absence | | |
| ☐ Other | | |

### *TERMINATION

Next Review Date _____

☐ Voluntary
☐ Involuntary

Term Code: _____

Rehire ☐ Yes
       ☐ No

LAST DAY WORKED [   ] [   ] [   ]
Mo.  Da.  Yr.

PAY FOR [   ]
REG. TIME

VAC. [   ]

SEV. [   ]

### COMMENTS
(To include termination details)

*Finished Training: assigned to permanent store.*

### APPROVALS

*M. Schuler*
Initiated by

*7 19 99*
Date

_____
Approval

[   ] [   ] [   ]
Date

_____
Approval

[   ] [   ]
Date

_____
Human Resources

[   ] [   ]
Date

_____
Payroll

[   ] [   ]
Date

Bojangles 000002
Rodgers v. CB

CONFIDENTIAL



## EMPLOYEE STATUS CHANGE

PLOYEE'S ME: Dwight Rodgers.

S.S. # 227 92 7302

CATION: 453

EFFECTIVE DATE: 8 9 99
Mo. Da. Yr.

### REASON (S)

(NH) NEW HIRE (Attach Employee Information Card)
☐ (RH) REHIRE (Attach Employee Information Card)
☐ (PR) PROMOTION
☐ (DE) DEMOTION
☐ (MI) MERIT INCREASE
☐ TERMINATION*

☑ OTHER   Transfer

☐ T   ☐ PC   ☐ SA   ☐ NM

te of Hire: .6/14/99

te of Last Increase: _____

### CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☐ Position Include Job # if known | | / |
| ☐ Pay Rate | 1. 453 | 1. 482 |
| ☐ Location / Store # | | |
| ☐ Leave of Absence | | |
| ☐ Other | | |

ext Review Date _____

### *TERMINATION

☐ Voluntary
☐ Involuntary
LAST DAY WORKED [ ][ ][ ]  Mo. Da. Yr.
PAY FOR [ ] REG. TIME
[ ] VAC.
[ ] SEV.

rm Code: _____

hire ☐ Yes  ☐ No

### COMMENTS
(To include termination details)

Please Transfer and send payroll checks to new location. Transfer quite

### APPROVALS

M. Schuler   Initiated by   8 9 99 Date

[ ] Approval   Date

CU   Human Resources   8 4 99 Date

[ ] Approval   Date

[ ] Payroll   Date

Bojangles 000001
Rodgers v. CB



## EMPLOYEE STATUS CHANGE

**EMPLOYEE'S NAME** Dwight Rodgers

**S.S. #** 227 92 7302

**EFFECTIVE DATE** 1 / 10 / 00
Mo. Da. Yr.

**LOCATION** #482

### REASON (S)

- [ ] (NH) NEW HIRE (Attach Employee Information Card)
- [ ] (RH) REHIRE (Attach Employee Information Card)
- [x] (PR) PROMOTION
- [ ] (DE) DEMOTION
- [x] (MI) MERIT INCREASE
- [ ] TERMINATION*
- [ ] OTHER _____
  - [ ] T  [ ] PC  [ ] SA  [ ] NM

Date of Hire: _____

Date of Last Increase: _____

### CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| [x] Position Include Job # if known | A. U. O. (181) | Unit Director (180) |
| [x] Pay Rate | $525.20 | 561.96 / wk. |
| [x] Location / Store # | " 482 | " |
| [ ] Leave of Absence | | |
| [ ] Other | | |

Next Review Date 12/20/00

### *TERMINATION

- [ ] Voluntary
- [ ] Involuntary

LAST DAY WORKED ___ / ___ / ___
Mo. Da. Yr.

PAY FOR | REG. TIME | VAC. | SEV.

Term Code: _____

Rehire [ ] Yes  [ ] No

### COMMENTS
(To include termination details)

3% merit, 4% promotional increase. Total overall 7%.
Back to 12-20-99
Retro 4 X 36.26 = $145.04
Q 1-26-00

### APPROVALS

M. Schuler _____ Initiated by    12/20/99 Date

_____ Approval    1/5/99 Date

_____ Approval    _____ Date

_____ Human Resources    _____ Date

KSH _____ Payroll    1/27/2000 Date

Bojangles 000009
Rodgers v. CB



CONFIDENTIAL

## EMPLOYEE STATUS CHANGE

**EMPLOYEE'S NAME** *Dwight Rodgers*

**S.S. #** 227 92 7302

**LOCATION** # 489

**EFFECTIVE DATE** 5 | 29 | 00
Mo. | Da. | Yr.

## REASON (S)

☐ **(NH) NEW HIRE** (Attach Employee Information Card)

☐ **(RH) REHIRE** (Attach Employee Information Card)

☐ **(PR) PROMOTION**

☐ **(DE) DEMOTION**

☐ **(MI) MERIT INCREASE**

☐ **TERMINATION\***

☒ **OTHER** *Transfer*

☐ T    ☐ PC    ☐ SA    ☐ NM

Date of Hire: _____

Date of Last Increase: _____

## CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☐ Position Include Job # if known | | |
| ☒ Pay Rate | 561.96 | 611.961  wk. |
| ☒ Location / Store # | 10 482 | 10 489 |
| ☐ Leave of Absence | | |
| ☐ Other | | |

Next Review Date _____

## *TERMINATION

☐ Voluntary
☐ Involuntary

**LAST DAY WORKED** | | | |
Mo. | Da. | Yr.

**PAY FOR** | | | |
REG. TIME | VAC. | SEV.

Term Code: _____

Rehire ☐ Yes
        ☐ No

## COMMENTS
(To include termination details)

*Transfer to #489 as a Unit Director. Salary adjustment in a effect while in 489 of 50.00 wk. Discussed with R.O.O. Call for Verbal Thanks! Mike*

## APPROVALS

*M. Shindler* | Initiated by
6 5 00 | Date
| Approval
| | | Date

| Approval
| Date
| Human Resources
| | | Date

| Payroll
| | | Date

M. 2
M. 2
M. O

Bojangles  000024
Rodgers v. CB

CONFIDENTIAL



## EMPLOYEE STATUS CHANGE

**EMPLOYEE'S NAME** Dwight Rodgers    **S.S. #** 227 92 7302

**LOCATION** 489    **EFFECTIVE DATE** 1 / 8 / 0♦    Mo. Da. Yr.

### REASON (S)

☐ **(NH) NEW HIRE** [Hard Copy Document O/E]  ☐ **(RH) REHIRE** [Hard Copy Document O/E]  ☐ **(PR) PROMOTION**  ☐ **(DE) DEMOTION**  ☐ **(MI) MERIT INCREASE**  ☐ **TERMINATION***

☑ **OTHER** _Transfer_

Date of Hire: _____

Date of Last Increase: _____

☐ T  ☐ FC  ☐ SA  ☐ MM

### CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☐ Position Include Job # if known | | |
| ☐ Pay Rate | | 1 |
| ☑ Location / Store # | 10  489 | 10  081 |
| ☐ Leave of Absence | | |
| ☐ Other | | |

Next Review Date _____

### *TERMINATION

☐ Voluntary  ☐ Involuntary

Term Code: _____

Rehire ☐ Yes  ☐ No

**LAST DAY WORKED** [  ][  ][  ] Mo. Da. Yr.    **PAY FOR** [  ] REG. TIME  [  ] VAC.  [  ] SEV.

### COMMENTS
(To include termination details)

_Transfer Effective 1/8/01._

### APPROVALS

| Initiated by _M. Schuler_ | Date 1/8/01 | Approval | Date |
| Approval | Date | Human Resources _KY_ | Date 1/6/0 |

Bojangles  000038
Rodgers  v. CB



CONFIDENTIAL

## EMPLOYEE STATUS CHANGE

**EMPLOYEE'S NAME** *Dwight Rodgers.*  **S.S. #** 227 92 7302

**LOCATION** 081  **EFFECTIVE DATE** 2 - 26 - 01  Mo. Da. Yr.

### REASON (S)

☐ **(NH) NEW HIRE** (Check Employee Information Out)  ☐ **(RH) REHIRE** (Check Employee Information Out)  ☐ **(PR) PROMOTION**  ☐ **(DE) DEMOTION**  ☐ **(MI) MERIT INCREASE**  ☐ **TERMINATION**

☑ OTHER *Transfer*

Date of Hire: _____

Date of Last Increase: _____

☐ T   ☐ PC   ☐ SA   ☐ NM

### CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☐ **Position** Include Job # if known | | |
| ☐ **Pay Rate** | | / |
| ☑ **Location / Store #** | # 081 | # 549 |
| ☐ **Leave of Absence** | | |
| ☐ **Other** | | |

Next Review Date: _____

### *TERMINATION

☐ Voluntary
☐ Involuntary

Term Code: _____

Rehire ☐ Yes
       ☐ No

**LAST DAY WORKED** [ Mo. | Da. | Yr. ]   **PAY FOR** [ REG. TIME ]  [ VAC. ]  [ SEV. ]

### COMMENTS
(To include termination details)

*Transfer effective 2/26/01*

### APPROVALS

Initiated by *M. Elub* _____  Date [ ]  Approval [ ]  Date [ ]

Approval [ ]  Date [ ]  Human Resources *KT*  Date 3/30/01

Date [ ]

Bojangles 000035
Rodgers v. CB



CONFIDENTIAL

## EMPLOYEE STATUS CHANGE

**EMPLOYEE'S NAME** _Dwight Rodgers_   **S.S. #** _227 92 7302_

**LOCATION** _549_   **EFFECTIVE DATE** _4_ _23_ _01_   Mo. Da. Yr.

### REASON (R)

☐ **(NH) NEW HIRE** (Must Complete Reverse Side)   ☐ **(RH) REHIRE** (Must Complete Reverse Side)   ☐ **(PR) PROMOTION**   ☐ **(DE) DEMOTION**   ☐ **(MI) MERIT INCREASE**   ☐ **TERMINATION**

☐ OTHER _____

Date of Hire: _____

Date of Last Increase: _____

☐ FT   ☐ PG   ☐ SA · ☐ MM

### CHANGE (S)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☐ Position Include Job # if known | | |
| ☐ Pay Rate | | / |
| ☑ Location / Store # | 549 | 081 |
| ☐ Leave of Absence | | |
| ☐ Other | | |

Next Review Date: _____

### *TERMINATION

☐ Voluntary
☐ Involuntary

Term Code: _____

Rehire ☐ Yes   ☐ No

| LAST DAY WORKED | | | | PAY FOR | | | |
|---|---|---|---|---|---|---|---|
| Mo. | Da. | Yr. | | REG. TIME | VAC. | | SEV. |

### COMMENTS
(To include termination details)

_Transfer Effective 4/23/01_

### APPROVALS

| _M. Schuler_ | _4 23 01_ | | |
|---|---|---|---|
| Initiated by | Date | Approval | Date |

| | | _KT_ | _30 01_ |
|---|---|---|---|
| Approval | Date | Human Resources | Date |

| | | |
|---|---|---|
| | Date | |

Bojangles  000034
Rodgers  v. CB



**CONFIDENTIAL**

## EMPLOYEE STATUS CHANGE

| EMPLOYEE'S NAME | DWIGHT RODGERS | S.S. # | 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 |
|---|---|---|---|

| LOCATION | 081 - WASHINGTON RD. | EFFECTIVE DATE | 7 | 23 | 01 |
|---|---|---|---|---|---|
| | | | Mo. | Da. | Yr. |

### REASON (R)

☐ NEW HIRE    ☐ REHIRE    ☐ PROMOTION    ☐ DEMOTION    ☐ MERIT INCREASE    ☒ TERMINATION

☐ OTHER _____

Date of Hire: _____
Date of Last Increase: _____

☐ T    ☐ PG    ☐ SA    ☐ IM

### CHANGE (C)

| Check all boxes applicable | PRESENT (Does not apply to new employee) | TO |
|---|---|---|
| ☐ Position Include Job # if known | | |
| ☐ Pay Rate | | 1 |
| ☐ Location / Store # | 11 | 11 |
| ☐ Leave of Absence | | |
| ☐ Other | | |

Next Review Date: _____

### *TERMINATION

☐ Voluntary
☒ Involuntary

Term Code: _____
Rehire ☐ Yes  ☐ No

| LAST DAY WORKED | 7 | 19 | 01 | PAY FOR | 3Z | | |
|---|---|---|---|---|---|---|---|
| | Mo. | Da. | Yr. | | REG. TIME | VAC. | SEV. |

### COMMENTS
(To include termination details)

TERMINATED FOR MISREPRESENTING FOOD COST EXPANDITURES AND INVENTORY · @

### APPROVALS

| Initiated by | Date | Approval | Date |
|---|---|---|---|
| | 07 23 01 | | |
| Approval | Date | Human Resources  KT | Date  7 26 01 |

# EXHIBIT D

7/22/01

I Dwight N Rodgers on hereby submitting my letter of resignation. I feel it is in the best interest of the company and myself that this employment terminates immediately. I am prepared to complete this 2 week notification should you request. If not it's been fun

Dwight N. Rodgers

Bojangles 000032
Rodgers v. CB

# EXHIBIT E



# Cracker Barrel Old Country Store Inc

## ED-140289

### TED MOORE

| Registry | Type | Seq | Last | First | Middle | SSN | Received |
|----------|------|-----|------|-------|--------|-----|----------|
| 800911 | 7 | 0 | RODGERS | DWIGHT | | 227527302 | 7/2002 |

### BOJANGLES 2 Reference Report

Edge spoke with Linda Walls, the Training Coordinator of BOJANGLES 2. The following information was furnished concerning the applicant.

Dates of Employment Claimed: 1995 - 2001
Date of Employment Reported: 5/1998 - 3/2000

Job Title Claimed: TRAINING DIRECTOR
Job Title Reported: Training Coordinator

Salary Claimed: $41K
Salary Reported: $41,000 per year

Applicant's Performance: Very Good - Very Energetic, a great teacher
Strength & Flexibility/Fitness: Excellent
Cooperation Skills: Excellent - Very open
Future Development: Average for tenure
Reliability: Very reliable
Appearance: Neat and professional, well groomed, clean cut
Personal Conduct/Behavior: Excellent
Ability To Get Along With Others: Excellent
Ability To Accept Criticism: Excellent
Productivity: Excellent
Attitude To Work/Co-Workers/Supervisors: Excellent
Ability To Understand/Follow Instructions: Excellent
Willingness To Handle Assignments: Excellent
Creativity: Excellent
Safety Consciousness: Excellent
Reason For Termination: Not reported
Eligible For Rehire: Yes

Contact By Requestor: No  Phone Number: N/A  Best Time: N/A

Edge Information Management Inc. — 7/19/02 2:04:46 PM

***** END OF REPORT *****

EEOC Doc's 000183
Rodgers v. CB

Page 1 of 1

Dwight Rodgers Docs
Prod. to EEOC 000040

EXHIBIT F

Evaluation View

## Associate Performance Evaluation

| | |
|---|---|
| Employee Name: | RODGERS DWIGHT N |
| Employee ID: | 364639 |
| Employee Position: | GM0237 |
| Evaluator: | SPEZIALE, THOMAS K |
| Evaluator ID: | 846425 |
| Evaluator Position: | GM0505 |
| Evaluation: | Eval 2 of 2004 |

Review dates:

Evaluation End Dates for Fiscal: 2004

Eval 1 – 01/30/2004

Eval 2 – 07/30/2004

1) All employees who are evaluated will receive a signed paper copy of their own evaluation.

2) Evaluators will send evaluations to the home office HRIS department.

EEOC Doc's 000215
Rodgers v. CB

Dwight Rodgers Docs
Prod. to BEOC 000123

**Objective 3:** Achieve and maintain fully staffed stores with high quality management and hourly employees.  Process Date 10-15-2004 10:0:18

| Eval | Rating | Category Scales Results from Qtrly PM | Focus Area |
|---|---|---|---|
| Eval_1> | 5: Role Model: (0.2% or less) | 1) Meet overtime % related to total labor cost | N/A |
| Eval_2> | 4: Exceeds Standards: (0.21% to 0.3%) | 5: Role Model: (0.2% or less)<br>4: Exceeds Standards: (0.21% to 0.3%)<br>3: Meets Standards: (0.31% to 0.4%)<br>2: Needs Improvement: (0.41% to 0.6%)<br>1: Unacceptable: (0.61% or greater) | |
| Eval_1> | 5: Role Model: (98. or less) | 2) Achieve hourly employee turnover goal (Goal = 115% annualized) | N/A |
| Eval_2> | 1: Unacceptable: (146 or greater) | 5: Role Model: (98. or less)<br>4: Exceeds Standards: (99 to 109.)<br>3: Meets Standards: (110 to 120.)<br>2: Needs Improvement: (121 to 145.)<br>1: Unacceptable: (146 or greater) | |
| Eval_1> | 3: Meets Standards | 3) Staffing and Retention | |
| Eval_2> | 3: Meets Standards | | |
| | 3.1 Develops and implements appropriate staffing and succession plans. | | N/A |
| | 3.2 Hires appropriately qualified candidates through effective interviewing and selection processes. | | N/A |
| | 3.3 Follows procedures outlined in the Staffing and Retention guide. Follows Best Practices guidelines for staffing and retention. | | N/A |
| | 3.4 Creates a work atmosphere where employees feel appreciated and motivated to perform and remain with Cracker Barrel. | | N/A |
| | 3.5 Confronts and resolves employee conflicts and morale issues. | | N/A |
| | 3.6 Supports and promotes quality of life initiatives. | | N/A |
| | 3.7 Evaluations are performed on a timely basis per the review | | N/A |

Dwight Rodgers Docs
Prod. to EEOC 000124

EEOC Doc's 000216
Rodgers v. CB
10/15/2004

Cycle.

| | 3.8 Interviews all applicants and has a good application system in place. | N/A |
| | 3.9 Uses designated skill trainers for all positions and meets regularly to improve training. | N/A |

| Eval_1> | 3: Meets Standards | 4) Leading, Developing, and Communicating with Others | |
| Eval_2> | 3: Meets Standards | | |
| | 4.1 Communicates Cracker Barrel mission, vision, values, and goals to employees, motivates and gains commitment from others. Schedules and holds weekly operational management meetings. | Strength |
| | 4.2 Holds managers and staff accountable to Cracker Barrel Standards. | N/A |
| | 4.3 Trains managers and employees effectively, using a hands-on approach when necessary. | N/A |
| | 4.4 Provides specific, constructive and well-balanced feedback to retail counterpart, subordinates, peers, and supervisor on an ongoing basis. | Strength |
| | 4.5 Effectively manages PAR program to develop employees. | N/A |
| | 4.6 Listens actively, promotes and practices open door policy and manager is approachable. | N/A |
| | 4.7 Communicates clearly, candidly and honestly; avoids ambiguity and mixed messages. | N/A |
| | 4.8 Effectively uses situational leadership skills to communicate with others. | Strength |
| | 4.9 Participates in MIT and Associate Manager development as outlined in the Associate Manager Development Guide. | N/A |

| Eval_1> | 3: Meets Standards | 5) Administering Policies and Procedures | |
| Eval_2> | 3: Meets Standards | | |
| | 5.1 Executes Cracker Barrel's orientation and skills training programs for new employees. | Strength |

Dwight Rodgers Docs
Prod. to EEOC 000125

EEOC Doc's 000217
Rodgers v. CB

10/15/2004

| | 5.2 Documents and manages discipline and/or performance problems in accordance with Cracker Barrel's policies and procedures. | Strength |
|---|---|---|
| | 5.3 Demonstrates a working knowledge of fair employment policies and guidelines (EEO guidelines, hiring minors, OSHA, etc.). | N/A |
| | 5.4 Supports and executes responsibilities associated with the performance management process. | N/A |
| | 5.5 Leads and supports all Best Practices initiatives. | N/A |
| Eval_1> | Objective Comment | 3.1 Has submitted staffing plans and staffing needs in a timely manor. 3.2 Some poor selections in staffing. 3.3 Up to better quality applicants. 3.4 Well respected by employees. 4.1 Performs documentation in a fair and consistant manor. 4.2 Is approachable and resolves issues. 4.2 Instructs managers on proper procedures. 4.3 Clean concise evals along with hospitality appraisals. 5.1 Participates in orientations and PAR 0. 5.5 Quotes from BP manuals to guide daily decisions. |
| Eval_2> | Objective 1 Comment | Dwight has very good administrative skills in staffing and retention. He fully understands the process to staff a store. He can clearly articulate what development is needed for an individual. He uses the appropriate tools |
| Objective 1: Point Subtotal | | |
| Eval_1 | Performance Measurements: | 19.00 |
| | Performance Behaviors: | 30.00 |
| Eval_2 | Performance Measurements: | 6.60 |
| | Performance Behaviors: | 30.00 |

EEOC Doc's 000218
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000126

**Objective 2: Improve guest perceptions.  Process Date 10-15-2004 10:0:21**

| Eval | Rating | Category Scales Results from Qtrly PM | Focus Area |
|---|---|---|---|
| Eval_1> | 1: Unacceptable: (8 or more guest complaints) | 6) Number of guest complaints<br><br>5: Role Model: (0 to 1, guest complaints)<br>4: Exceeds Standards: (2 to 3, guest complaints)<br>3: Meets Standards: (4 to 5, guest complaints)<br>2: Needs Improvement: (6 to 7, guest complaints)<br>1: Unacceptable: (8 or more guest complaints) | N/A |
| Eval_2> | 1: Unacceptable: (8 or more guest complaints) | | |
| Eval_1> | 2: Needs Improvement: (75 to 84.) | 7) Store Visit Report (average of two scores)<br><br>1: Unacceptable: (74. or below)<br>2: Needs Improvement: (75 to 84.)<br>3: Meets Standards: (85 to 88.)<br>4: Exceeds Standards: (89 to 93.)<br>5: Role Model: (94 or above) | N/A |
| Eval_2> | 1: Unacceptable: (74. or below) | | |
| Eval_1> | 4: Exceeds Standards | 8) Building and Maintaining Guest Relations | |
| Eval_2> | 3: Meets Standards | | |
| | 8.1 Educates and empowers employees to please guests. | | Strength |
| | 8.2 Interacts frequently with guests in dining room (e.g. table visits) and retail store in a friendly, courteous manner. | | Strength |
| | 8.3 Follows through on commitments made to internal and external guests (e.g. follow through with complaints). | | N/A |
| | 8.4 Resolves guest problems or needs using S.T.A.R.S. Sets an example for employees. | | N/A |
| | 8.5 Provides service to guests that exceeds their needs and expectations. | | N/A |
| | 8.5 Staff is friendly, smiles, and demonstrates pleasing people practices. | | |

EEOC Doc's 000219
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000127

10/15/2004

Evaluation View

| | | | |
|---|---|---|---|
| Eval_1> | 4. Exceeds Standards | 9) Planning and Supervising Operations | |
| Eval_2> | 4. Exceeds Standards | | |
| | 9.1 Does accurate sales and labor forecasts. Anticipates and responds to volume fluctuations / bottlenecks and takes appropriate action. | | N/A |
| | 9.2 Manages multiple tasks and responsibilities simultaneously. Organized and uses day planner effectively. Meets all company and district deadlines. | | Strength |
| | 9.3 Considers employee training, breaks, and special requests when preparing schedules. | | N/A |
| | 9.4 Uses organizational skills. Prioritizes, delegates, and follows-up to maintain a smooth operation. | | Strength |
| | 9.5 Plans shifts using appropriate tools (e.g. PEP Talk, shift cards, production charts, Ally Rally, Red Book) to ensure store readiness. | | N/A |
| | 9.6 Determines Behaviors that need improvement, develops and implements goals and plans which successfully address these Behaviors. | | Strength |
| Eval_1> | 3. Meets Standards | 10) Safety, Security, and Sanitation | |
| Eval_2> | 3. Meets Standards | | |
| | 10.1 Follows all HACCP guidelines. | | Strength |
| | 10.2 Meets all Cracker Barrel asset protection policy, cash management, safety, security, and sanitation standards. | | Strength |
| | 10.3 Maintains property, building, and equipment function at all times. | | N/A |
| | 10.4 Performs regular walk-thrus and holds all employees accountable for safety, security, and sanitation. | | N/A |
| | 10.5 Performs all required safety and sanitation inspections and makes adjustments as necessary. | | N/A |
| | 10.6 Ensures regular inspection of restrooms. | | N/A |
| | 10.7 Monitors dating and rotating shelf-life on boxes and food packages. | | |

Dwight Rodgers Docs
Prod. to EEOC 000128

EEOC Doc's 000220
Rodgers v. CB

10/15/2004

| | | | |
|---|---|---|---|
| | 10.8 Makes regular supervised trash runs throughout shift. | | N/A |
| | 10.9 Educates and trains hourly staff and other managers on proper safety and security procedures. | | N/A |
| | 10.10 Promotes the "clean as you go" policy. | | N/A |
| Eval_1> | Objective 2 Comment | 8-1 The guest comes first! 8-2 Very good guest service skills overall. Very good retail awareness. 9-2 & 9-4 Highly organized to complete a large task list. 10-1 HACCP needs improvement. 10-4 Very good awareness to all safety and security process. Ayship for Loss Prevention issues. | |
| Eval_2> | Objective 2 Comment | Understands guest service needs and trains to that level. Excellent rapport with guests. Motivates staff to please the guest. | |
| Objective 2: Point Subtotal | | | |
| Eval_1 | Performance Measurements: | 5.00 | |
| | Performance Behaviors: | 34.40 | |
| Eval_2 | Performance Measurements: | 5.40 | |
| | Performance Behaviors: | 40.00 | |

EEOC Doc's 000221
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000129

10/15/2004

**Objective 3: Improve store margins.   Process Date 10-15-2004 10:0:24**

| Eval | Rating | Category Scales Results from Qtrly PM | Focus Area |
|---|---|---|---|
| Eval_1> | 1: Unacceptable: (greater than or equal to +0.2) | 11) Achieve restaurant labor goal | N/A |
| Eval_2> | 1: Unacceptable: (greater than or equal to +0.2) | 5: Role Model: (less than or equal to -0.3) 4: Exceeds Standards: (-0.29 to -0.1) 3: Meets Standards: (-0.09 to 0.00) 2: Needs Improvement (+0.01 to +0.19) 1: Unacceptable: (greater than or equal to +0.2) | |
| Eval_1> | 4: Exceeds Standards: (-0.29 to -0.1) | 12) Achieve food cost goal | N/A |
| Eval_2> | 2: Needs Improvement: (+0.1 to +0.39) | 5: Role Model: (less than or equal to -0.3) 4: Exceeds Standards: (-0.29 to -0.1) 3: Meets Standards: (-0.09 to +0.09) 2: Needs Improvement: (+0.1 to +0.39) 1: Unacceptable: (greater than or equal to +0.4) | |
| Eval_1> | 1: Unacceptable: (+3.07% or greater) | 13) Reduce retail inventory shrinkage to hit targeted goal (Goal = 2.3%) | N/A |
| Eval_2> | 5: Role Model: (+1.54% or less) | 5: Role Model: (+1.54% or less) 4: Exceeds Standards: (+1.55% to +2.04%) 3: Meets Standards: (+2.05% to +2.55%) 2: Needs Improvement: (+2.56% to +3.06%) 1: Unacceptable: (+3.07% or greater) | |
| Eval_1> | 3: Meets Standards | 14) Maintaining Sales and Quality of Operation | |
| Eval_2> | 3: Meets Standards | | |
| | 14.1 Manages production, labor, and other costs using Cracker Barrel tools to achieve planned targets. | | N/A |
| | 14.2 Follows company mandatory food cost requirements. | | N/A |
| | 14.3 Increases sales and profitability through shift execution and appropriate sales-building strategies (using a seating index and appropriate staffing). | | N/A |

EEOC Doc's 000222
Rodgers v. CB
Dwight Rodgers Docs
Prod. to EEOC 000130

| | | | |
|---|---|---|---|
| | 14.4 Maximizes productivity of self and others. | | N/A |
| | 14.5 Takes initiative to solve operational problems that arise. | | N/A |
| | 14.6 Labor - schedules properly for the volume to hit the targeted goals. | | N/A |
| | 14.7 Demonstrates an understanding of the impact of all decisions on Cracker Barrel profits. | | N/A |
| | 14.8 Uses data to make appropriate decisions to maximize sales. | | N/A |
| | 14.9 Adheres to Cracker Barrel product and guest service standards. | | N/A |
| | 14.10 Adheres to Cracker Barrel food quality and recipe standards. | | N/A |
| | 14.11 Trains and maintains proper procedures on guest check, exception reports, service comps, manager unknowns, voids, and meal policies. | | N/A |
| | 14.12 Has proper (minimum standards) levels of small wares in service to assure a smooth operation. | | N/A |
| | 14.13 Partners with management team to reduce shrinkage. | | N/A |
| | 14.14 Reduces shrinkage through the use of the "Effective Shrinkage Management" tool. | | N/A |
| | 14.15 Ensures compliance to Retail Audit Procedures. | | N/A |
| | 14.16 Follows Asset Protection Policy. | | N/A |
| Eval_1 | Objective 3 Comment | 14.2 Has performed Targeted food review with appropriate action plans. 14.3 Leads employees to do their best; motivates well. 14.6 Some issues with scheduling; schedule holes. 14.11 Excellent with administrative responsibilities. 14.14 Audits all retail procedures. | |
| Eval_2 | Objective 3 Comment | Quality driven individual. Has worked to overcome operational obstacles. | |
| Objective 3: Point Subtotal | | | |
| Eval_1 | Performance Measurements: | 8.60 | |
| | Performance Behavior: | 14.40 | |
| Eval_2 | Performance Measurements: | 7.80 | |
| | Performance | 14.40 | |

EEOC Doc's 000223
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000131

10/15/2004

Evaluation View

Behaviors:

IMAGED

IMAGED

IMAGED

EEOC Doc's 000224
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000132

10/15/2004

Evaluation View

**Objective 4: Exceed the Financial Plan**  Process Date 10-15-2004 10:0:26

| Eval | Rating | Category Scales Result from Qtrly PM | Focus Area |
|------|--------|-------------------------------------|------------|
| Eval_1> | 5: Role Model: NOI v/s LY: (+20.01% or greater) | 15) Net Operating Income (NOI) v/s Last Year NOI | N/A |
| Eval_2> | 2: Needs Improvement: NOI v/s LY: (+0.01% +7.5%) | 1: Unacceptable: NOI v/s LY: (0%)<br>2: Needs Improvement: NOI v/s LY: (+0.01% to +7.5%)<br>3: Meets Standards: NOI v/s LY: (+7.51% to +15.09%)<br>4: Exceeds Standards: NOI v/s LY: (+15.1% to +20%)<br>5: Role Model: NOI v/s LY: (+20.01% or greater) | |
| Eval_1> | 5: Role Model Rsales: (+6.1% or greater) | 16) Real Net Restaurant Sales Growth | N/A |
| Eval_2> | 1: Unacceptable Rsales: (-3.6% or below) | 1: Unacceptable Rsales: (-3.6% or below)<br>2: Needs Improvement Rsales: (-3.59% to +3.39%)<br>3: Meets Standards Rsales: (+3.4% to +5.49%)<br>4: Exceeds Standards Rsales: (+5.5% to +6.09%)<br>5: Role Model Rsales: (+6.1% or greater) | |
| Eval_1> | 3: Meets Standards: (-0.09% to +3.9%) | 17) Achieve Retail Sales v/s Last Year | N/A |
| Eval_2> | 1: Unacceptable: (-3.6% or below) | 1: Unacceptable: (-3.6% or below)<br>2: Needs Improvement: (-3.59% to -0.1%)<br>3: Meets Standards: (-0.09% to +3.9%)<br>4: Exceeds Standards: (+3.91% to +5.99%)<br>5: Role Model: (+6% or greater) | |
| Eval_1> | Objective 4 Comment | | |
| Eval_2> | Objective 4 Comment | | |
| Objective 4: Point Subtotal | | | |

EEOC Doc's 000225
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000133

10/15/2004

| | Performance Measurements | 23.80 | |
| | Performance Behaviors | Subtotal N/A | |
| Eval_2 | Performance Measurements | 7.20 | |
| | Performance Behaviors | Subtotal N/A | |

EEOC Doc's 000226
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000134

10/15/2004

Evaluation View

## 2004: Performance Summary

| Objective No | Performance Areas | Eval 1 | Eval 2 |
|---|---|---|---|
| | Process Date 10-15-2004 10:0:28 | | |
| Objective 1 | Performance Measurements: | 19 | 6.8 |
| Objective 1 | Performance Behaviors: | 30 | 30 |
| Objective 2 | Performance Measurements: | 5 | 3.4 |
| Objective 2 | Performance Behaviors: | 34.4 | 30 |
| Objective 3 | Performance Measurements: | 8.6 | 7.8 |
| Objective 3 | Performance Behaviors: | 14.4 | 14.4 |
| Objective 4 | Performance Measurements: | 23.8 | 7.2 |
| Objective 4 | Performance Behaviors: | — | — |
| Current Evaluation Performance Measurements Score: | | 56.4 | 25.2 |
| Current Evaluation Performance Behaviors Score: | | 78.8 | 74.4 |
| Current Evaluation Overall Performance Rating: | | 3 | 3 |
| | Overall Annual Performance Measurements Score: | 40.8 | |

EEOC Doc's 000227
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000135

10/15/2004

Evaluation View

| | | |
|---|---|---|
| Overall Annual Performance Behaviors Score: | | 76.6 |
| 2004 Overall Annual Ratings | | 4 |
| 2004 Rating Scale: | | 1 = 19.0000 - 29.4999 |
| | | 2 = 29.5000 - 49.4999 |
| | | 3 = 49.5000 - 69.4999 |
| | | 4 = 69.5000 - 89.4999 |
| | | 5 = 89.5000 - 100.0000 |

EEOC Doc's 000228
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000136

Evaluation View

## Individual Development Program

Access Date 10-15-2004 10:0:28

| Developmental Plan | Resources needed | Method to Measure | Follow-up Date |
|---|---|---|---|
| **Eval 1** | | | |
| Improven ability to develop Associate Manager in Supply Management, Labor Management and Food Management | AMDG, BP manuals and Read " Developing Leaders around You" | Sucessful completion of the AMDG with positive results | 7/30/04 |
| **Eval 2** | | | |
| Understanding the Associate manager development process | 1 on 1 with associate, read In search of excellance | store indicators, management promotion | monthly |

| | Current Recommendations | (Check) | Comments |
|---|---|---|---|
| Career Development | Remain in current position for continued development | X | train and understand the General Manager position |
| | Developmental Project | | |
| | Promote | | |
| | Willing to relocate | | |
| | Special interests | | |

EEOC Doc's  000229
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000137

10/15/2004

Eval - 2004 Performance Comments and Signatures

Supervisor's Comments:

Strengths:     Excellent communicator and motivator. Should do well as OM.

Improvement(s) from last evaluation:I have not worked a great deal with Dwight over the past 6 months. I have however had several discussions and meetings with Dwight. He has grown. I have ascertained this by the content and questions fielded.

Developmental Needs:

Employee's Comments:

EEOC Doc's 000230
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000138

10/15/2004

Evaluation View

Employee's
Signature:

Supervisor's
Signature:

Second Level Review
Signature:

**Definition for Second Level Review and Signature**

1. Associate Manager and Senior Associate Manager evaluations performed by
General Manager, the Second Level Review is the District Manager.

-OR-

2. General Manager and Retail Manager evaluations performed by District Manager,
the Second Level Review is the Regional Vice President.

*I accept and understand Cracker Barrel's Equal Employment Opportunity
policy, Anti-harassment policy, and Open Door policy and that
employees may utilize the company's toll free number (1-800-648-DOOR)
to report complaints or violations of these policies. I understand
that the company may be held responsible for acts of harassment that
I commit, condone, tolerate, or fail to investigate. I further
understand that if I violate any aspect of these policies that I
will be subject to immediate discipline, up to and including
termination, and that I can be sued and may be held personally
liable for my acts or omissions. Therefore, I acknowledge and
confirm that I am not aware of any observed, alleged, experienced,
or reported harassment, including discrimination or sexual harassment.
I commit that I will report any such knowledge or awareness of possible
violations of these policies to my immediate supervisor or the Employee
Relations Department. *

Employee signature:

Process Date 10-15-2004 10:0:29

EEOC Doc's 000231
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000139

10/15/2004    7062090308    CRACKER BARREL    PAGE 17
Evaluation    Page 17 of 17

Employee's
Signature:

Supervisor's
Signature:

Second Level Review
Signature:

**Definition for Second Level Review and Signature**

1. Associate Manager and Senior Associate Manager evaluations performed by
General Manager, the Second Level Review is the District Manager.

-OR-

2. General Manager and Retail Manager evaluations performed by District Manager,
the Second Level Review is the Regional Vice President.

"I accept and understand Cracker Barrel's Equal Employment Opportunity
policy, Anti-harassment policy, and Open Door policy, and that
employees may utilize the company's toll free number (1-888-849-0003)
to report complaints or violations of these policies. I understand
that the company may be held responsible for acts of harassment that
I commit, condone, tolerate, or fail to investigate. I further
understand that if I violate any aspect of these policies that I
will be subject to immediate discipline, up to and including
termination, and that I can be sued and may be held personally
liable for my acts or omissions. Therefore, I acknowledge and
confirm that I am not aware of any observed, alleged, experienced,
or reported harassment, including discrimination or sexual harassment.
I commit that I will report any such knowledge or awareness of possible
violations of these policies to my immediate supervisor or the Employee
Relations Department.

Employee signature:

Process Date 10-15-2004 10:02:29

http://secizedapps/Evals/Eval_Process/index.cfm

Dwight Rodgers Docs
Prod. to EEOC 000140

EEOC Doc's 000232
Rodgers v. CB

EXHIBIT G



CRACKER BARREL OLD COUNTRY STORE
INDIVIDUAL BONUS STATEMENT
Quarter:   1   Fiscal Year:   2005
DWIGHT N RODGERS - 364639
Store#:  237  Bonus Plan:  Standard
NOI AND PERFORMANCE

CONFIDENTIAL
Cycle:   10     Store:   00237
Region:  02     District:  15
DWIGHT N RODGERS - 364639

EEOC Doc's  000262
Rodgers v. CB

Dwight Rodgers Docs
Prod: to EEOC 000087



CRACKER BARREL OLD COUNTRY STORE
INDIVIDUAL BONUS STATEMENT
Quarter: 1  Fiscal Year: 2005
DWIGHT N RODGERS · 364639
Store#: 237  Bonus Plan: Standard
NOI AND PERFORMANCE

RESTAURANT BONUS

GM

**NET RESTAURANT SALES**

**NET RETAIL SALES (NRS)**

**FOOD COST**   **LABOR COST**   **KICKER**

**TOTAL PERFORMANCE BONUS EARNED**

STORE TOTAL BONUS EARNED

INDIVIDUAL PERFORMANCE SUMMARY

YOUR TOTAL PERFORMANCE BONUS EARNED

See reverse side for NOI Bonus

EEOC Doc's  000261
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000086

# CRACKER BARREL OLD COUNTRY STORE
## INDIVIDUAL BONUS STATEMENT
Quarter:  2   Fiscal Year:  2005

**DWIGHT N RODGERS - 364039**

Store#:  237  Bonus Plan:  Standard

### NOI AND PERFORMANCE

**NET OPERATING INCOME**

GM

| Budget # | Final $ | % of Plan | Same Store Avg | Bonus % |
|---|---|---|---|---|
| $101,959 | $106,402 | 104.0% | N/A | 100.0% |

### TOTAL NOI BONUS EARNED

| STORE TOTAL NOI BONUS EARNED = | | $16,105 |
|---|---|---|

### INDIVIDUAL NOI SUMMARY

| | Your % | NOI Bonus | Your Earned $ (Your Share Bonus) |
|---|---|---|---|
| Quarter | 100.0% | $16,105 | $9,997 |
| November | N/A | N/A | N/A |
| December | N/A | N/A | N/A |
| January | N/A | N/A | N/A |

Store Bonus calculation based on 1 day(s) of GL included & 0 day(s) to accumulate the Store Total Bonus.

| YOUR TOTAL NOI BONUS EARNED = | | $9,997 |
|---|---|---|

Total Bonus is rounded to the nearest Dollar. This is a gross bonus (pre-tax) dollar amount.

See Weekly Table for Performance Bonus.

### YOUR TOTAL NOI AND PERFORMANCE BONUS EARNING IS:

| $9,997.00 | |
|---|---|

Total Bonus is rounded to the nearest dollar. This is a gross bonus (pre-tax) dollar amount.

See Bonus Plan Document or Manual to learn more about the Bonus plan and how it fits into your Plan.
Data collected from Financial Planning and Analysis Database, contact your Controller if any question with questions.

CONFIDENTIAL

Cycle:  010   Store:  00237
Region: 02   District: 15
**DWIGHT N RODGERS - 364039**

EEOC Doc's 000266
Rodgers v. CB

Statement Printed: Thursday, February 24, 2005

Dwight Rodgers Docs
Prod. to EEOC 000091





# CRACKER BARREL OLD COUNTRY STORE
## INDIVIDUAL BONUS STATEMENT
### Quarter: 2  Fiscal Year: 2005
### DWIGHT N RODGERS - 364639
### Store: 297  Bonus Plan: Standard
### NOI AND PERFORMANCE

GM

## NET RESTAURANT SALES

| | Current $ | Prior $ | Variance % | Menu Incr % | Real Net Growth % | Bonus $ |
|---|---|---|---|---|---|---|
| November | $367,797 | $314,392 | 4.20% | 5.90% | 0.60% | $0 |
| December | $310,144 | $303,748 | 2.56% | 5.60% | 1.10% | $0 |
| January | $322,117 | $330,421 | -4.76% | 5.40% | 4.20% | $0 |
| Qtr Total | $1,000,058 | $1,031,561 | | | | |

Net Restaurant Sales Bonus $: $0

Store Menu Tier: 2

*Round to the nearest even 5 of a penny

## NET RETAIL SALES (FRS)

| | Current Year | Prior Year | Growth Over Prior |
|---|---|---|---|
| Training | $1,171,503 | | |
| Total Retail | $1,344,554 | $1,270,767 | |
| Net Retail | $340,551 | $345,502 | 5.40% |
| % to Total | 25.50% | 25.60% | Decrease |
| Retail Mgrs Bonus % | 0.30% | | |

Store Net Retail Sales Bonus $: $0

Total Net Retail Sales for the previous four Quarter

## FOOD COST

| | Actual | Goal | Bonus $ |
|---|---|---|---|
| November | 25.40% | 25.50% | $0 |
| December | 25.00% | 25.70% | $0 |
| January | 25.10% | 25.50% | $0 |

Store Food Cost Bonus $: $0

## LABOR COST

| | Actual | Goal | Bonus $ |
|---|---|---|---|
| November | 22.00% | 22.80% | $0 |
| December | 23.40% | 22.40% | $0 |
| January | 22.00% | 22.40% | $0 |

Store Labor Bonus $: $400

## KICKER

| | Bonus $ |
|---|---|
| | $0 |
| | $0 |
| | $0 |

Store Kicker Bonus $: $0

## TOTAL PERFORMANCES BONUS EARNED

STORE TOTAL BONUS EARNED $: $400

## INDIVIDUAL PERFORMANCE SUMMARY

| | Your % | Store Total Bonus | Total Bonus $ |
|---|---|---|---|
| Quarter | 60.00% | $400 | $240 |
| November | N/A | N/A | N/A |
| December | N/A | N/A | N/A |
| January | N/A | N/A | N/A |

YOUR TOTAL PERFORMANCE BONUS EARNED $: $240

Total Bonus is rounded to the nearest dollar. This is a gross bonus (pre-tax dollar amount)

See reverse side for NOI Bonus

EEOC Doc's 000265
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000090

Statement Printed: Thursday,

CRACKER BARREL OLD COUNTRY STORE
INDIVIDUAL BONUS STATEMENT
Quarter:    3    Fiscal Year:    2005
**DWIGHT N RODGERS - 354639**
Store:    207    Bonus Plan:    Standard
NOI AND PERFORMANCE

RESTAURANT BONUS                                                    GM

## NET OPERATING INCOME

| Current $ | Prior $ | % of Sales | Bonus Share Rate | Bonus % |
|-----------|---------|------------|------------------|---------|
| $110,406 | $99,291 | 8.4306% | N/A | 8.00% |

### TOTAL NOI BONUS EARNED

| STORE TOTAL NOI BONUS EARNED = | | $7,499 |
|---|---|---|

### INDIVIDUAL NOI SUMMARY

| | Your % | Store Bonus | Your Bonus % (You're a team player) |
|---|---|---|---|
| Quarter | N/A | $7,499 | $5,474 |
| February | N/A | N/A | N/A |
| March | N/A | N/A | N/A |
| April | N/A | N/A | N/A |

Store Bonus combines bonus for the MC and GL calculations. Listed to calculate the Store Total Bonus.

| YOUR TOTAL NOI BONUS EARNED = | $5,474 |
|---|---|

See reverse side for Performance Bonus

### YOUR TOTAL NOI AND PERFORMANCE BONUS EARNING IS:

| $6,194.00 |
|---|

Total Bonus is rounded to the nearest dollar. This is a gross bonus figure and does not reflect withholding amounts.

CONFIDENTIAL
Cycle:  D10    Store:  00237
Region: 02    District: 15
DWIGHT N RODGERS - 354639

EEOC Doc's  000209
Rodgers v. CB

Statement Printed: Wednesday, May 25, 2005

Dwight Rodgers Docs
Prod. to EEOC 000070




# CRACKER BARREL OLD COUNTRY STORE
## INDIVIDUAL BONUS STATEMENT
Quarter: 3    Fiscal Year: 2005
## DWIGHT N RODGERS - 384633
Store#: 257    Bonus Plan: Standard
### NOI AND PERFORMANCE

**RESTAURANT BONUS**

GM

## NET RESTAURANT SALES

| | Current $ | Prior $ | Variance % | Menu Inc % | Total Net Growth % | Bonus $ |
|---|---|---|---|---|---|---|
| February | $301,393 | $316,013 | (4.00%) | 1.81% | (4.90%) | $0 |
| March | $320,194 | $340,466 | (5.90%) | 1.81% | (5.90%) | $0 |
| April | $385,639 | $412,656 | (6.50%) | 1.81% | (4.90%) | $0 |
| Qtr Total | $1,006,402 | $1,069,435 | | | | |

Store Net Restaurant Sales Bonus $     $0

## NET RETAIL SALES (NRS)

| | Current Year | Prior Year | Growth Over Prior |
|---|---|---|---|
| Trailing Four Qtrs | $1,048,800 | | |
| Total Net Sales | $1,216,854 | $1,316,078 | |
| Net Retail Sales | $207,690 | $246,200 | (15.00%) |
| % to Total | 17.00% | 18.50% | (Decrease) |
| Retail Menu Bonus % | 0.20% | | |

Store Net Retail Sales Bonus $     $0

*Total Net Retail Sales for the previous four Quarters.*

## FOOD COST / LABOR COST / KICKER

| | FOOD COST Actual | Goal | Bonus $ | LABOR COST Actual | Goal | Bonus $ | KICKER Bonus $ |
|---|---|---|---|---|---|---|---|
| February | 28.90% | 28.30% | $0 | 22.10% | 23.70% | $100 | $0 |
| March | 28.90% | 28.50% | $0 | 22.60% | 23.60% | $100 | $0 |
| April | 28.80% | 28.30% | $0 | 22.60% | 23.20% | $100 | $0 |

Store Food Cost Bonus $     $0     Store Labor Bonus $     $300     Store Kicker Bonus $     $0

## TOTAL PERFORMANCE BONUS EARNED

STORE TOTAL BONUS EARNED $     $300

### INDIVIDUAL PERFORMANCE SUMMARY

| | Your % | Store Total Bonus | Your Bonus $ |
|---|---|---|---|
| Quarter | 60.00% | $300 | $180 |
| February | N/A | N/A | N/A |
| March | N/A | N/A | N/A |
| April | N/A | N/A | N/A |

YOUR TOTAL PERFORMANCE BONUS EARNED =     $180

*Total Bonus is rounded to the nearest dollar. This is a gross bonus (pre-tax) dollar amount.*

See reverse side for NOI Bonus

EEOC Doc's  000208
Rodgers v. CB

Dwight Rodgers Docs
Prod. to EEOC 000069

# EXHIBIT H

-----Original Message-----
**From:** Alexander Rich 8015
**Sent:** Monday, April 04, 2005 9:12 PM
**To:** Phillips Ron 9802
**Subject:** 04-04-05 Dwight Rogers' Action Plan

Ron, here is Dwight's action plan.  Rich A.
-----Original Message-----
**From:** 237 General Manager
**Sent:** Saturday, April 02, 2005 12:19 AM
**To:** Alexander Rich 8015
**Subject:** Document1

Rich,

I am forwarding this response per our conversation.  I have voice mails out to others who were giving me some feed back on measures I could take to resolve the perception matter here and I may be forwarding other information to you as well.

If this is not to your satisfaction, please let me know.


Dwight

March 30, 2005

To: Rich Alexander,
DM, District # 15

From: Dwight Rodgers
GM, Unit 237
Gardendale, AL

Per your request, I am responding to the letter of concern that you and I discussed on March 26, 2005 ref: the manager's meeting held on March 21, 2005.

In order to begin the process of self-evaluation, I have enlisted several outside personnel's assistance in the overall methods of how one would be able to start a measure of this nature.

In conversation with all parties enlisted, I have decided to try several methods to work not only on the traits that make one a great leader, but also the traits that makes one assessable, receptive and a valued team player.

On March 31, 2005 I will be conducting a survey of all hourly employees asking for their honest feedback on their perception of my leadership abilities. This survey will only contain 5 questions and will not ask the employee for their names.

On April 5, 2005 instead of our standard manager's meeting, We will be holding the manager's meeting off site to allow us the time and surroundings were the managers will be able to give me feedback without being disturbed with my undivided attention. Your presence is requested.

I have also solicited the assistance of Mr. Kevin Dilley and Dan McChurch from Home Office Management Development Department on different exercises that I may be able to use to break the communication barer between myself and the management team of this unit.

I will also be meeting with the entire Shift Leading team on 04/13/05 from 3-5p once a month were we will be going over the Shift Leader Training Workbook as a group in order to ensure all members of the supervisory team are on the same page.

As it has been my motivation since the day I inquired / pursued employment with this company, that at no time would I not give 110% and I will not start now. I do understand that at some point in our career we have to make choices and changes in order to ensure that the overall mission of the team is met and I'm willing to do/continue to do that. I hope this plan of action will be that which this unit will need in order to operate as one and not be divided as we are operating currently.

Any suggestions, concerns or feedback that you may have in reference to any of the ideas placed within, will definately be appreciated.

Dwight N. Rodgers
GM, Unit 237

Rodgers v. Cracker Barrel
Def. Resp. to RFP 00004

# EXHIBIT I

Print Ticket

| | | |
|---|---|---|
| Store #: 237 | Guest Relations Ticket # 409609 | Store #: 237 |

**Manager Report 237**
Dept No:
Job Class: NA

Phone:
Evening:

Status: **Closed**
Category: **Manager Report of Incident - Employee**

Assigned to: **Kelly Barnes**

Store #: **237 - Gardendale, Al (Gardendale, Al 35071)**

Incident Date:
Manager Reported Date:
Disposition: **Policy Violation Not Found**
Consent Order:
Resolution: **Counseling**
Employee Name:
Penalty Status: **No**

Origin: **Phone**
Party Size: **0**

Refund Amt: **0.00**
Total Sale Amt: **0.00**

## Questions and Answers

**1. Manager's account of the incident.**
Received telephone call from Dwight Rodgers (GM) regarding a potential employee incident seeking advise as to how he should proceed. Rodgers stated that Penny Schmid (Shift Leader) came to him to let him know about a comment that Tommie Patterson (SAM) took a call from an hourly employee stating that the employee would not be in to work due to a funeral. When hanging up the telephone, Patterson made an inapropriate comment stating that -"he thought black people were only buried during the week, not on the weekend". This comment offended Schmid as she is married to an African American man.

## Involved Parties

| **Alexander, Rich (Store# 237)** | **Jenkins, Debby (Store# 237)** |
|---|---|
| Involved Type: Restaurant DM | Involved Type: Retail DM |
| Job Code:    RSTDM | Job Code:    GSDM |
| Hire Date: | Hire Date: |
| Gender: | Gender: |
| Ethnicity: | Ethnicity: |
| **Murchison, Laura (Store# 237)** | **Patterson, Tommie (Store# 237)** |
| Involved Type: Retail RVP | Involved Type: Accused |
| Job Code:    VP | Job Code:    RTSAM |
| Hire Date: | Hire Date: |
| Gender: | Gender: |
| Ethnicity: | Ethnicity: |
| **Phillips, Ron (Store# 237)** | **Popee, Kay (Store# 237)** |
| Involved Type: Restaurant RVP | Involved Type: Retail Mgr |
| Job Code:    VP | Job Code:    GSMGR |
| Hire Date: | Hire Date: |
| Gender: | Gender: |
| Ethnicity: | Ethnicity: |
| **Rodgers, Dwight (Store# 237)** | **Schmid, Penny (Store# 237)** |
| Involved Type: Restaurant GM | Involved Type: Witness (Employee) |
| Job Code:    RSTGM | Job Code:    WAIT4 |
| Hire Date: | Hire Date: |
| Gender: | Gender: |
| Ethnicity: | Ethnicity: |

## Action Log Records

*06/27/2006 03:02PM - kbarnes*
   Ticket Viewed: Ticket Viewed

*06/27/2006 03:02PM - kbarnes*

Rodgers v. Cracker Barrel
Def. Resp. to RFP 00097

Print Ticket

**Ticket Viewed:** This Ticket was reviewed.

*06/27/2006 02:48PM - ltthomps*
**Ticket Viewed:** This Ticket was reviewed.

*06/19/2006 12:43PM - kbarnes*
**Ticket Viewed:** Ticket Viewed

*06/19/2006 12:43PM - kbarnes*
**Ticket Viewed:** This Ticket was reviewed.

*12/12/2005 02:55PM - kbarnes*
**Ticket Viewed:** This Ticket was reviewed.

*12/12/2005 02:53PM - kbarnes*
**Ticket Viewed:** This Ticket was reviewed.

*11/10/2005 02:59PM - mmcbrien*
**Ticket Viewed:** This Ticket was reviewed.

*09/07/2005 03:39PM - vbarr*
**Ticket Viewed:** This Ticket was reviewed.

*09/07/2005 03:39PM - vbarr*
**Ticket Updated:** This Ticket Has Been Updated.

*09/07/2005 03:37PM - vbarr*
**Call Received:** Rodgers also stated that he felt that he was terminated for trying to do his job, but was told not to do his job when it pertained to a manager caught smoking in the unit. Rodgers also stated that Alexander advised that same manager with hints on how to keep his job even though he was smoking in the unit. Rodgers was advised that any additional correspondence regarding this matter needed to be discussed with Barnes and he again indicated that he would speak with her.

*09/07/2005 03:37PM - vbarr*
**Ticket Viewed:** This Ticket was reviewed.

*09/07/2005 03:35PM - vbarr*
**Ticket Viewed:** This Ticket was reviewed.

*09/07/2005 03:35PM - vbarr*
**Ticket Updated:** This Ticket Has Been Updated.

*09/07/2005 03:26PM - vbarr*
**Call Received:** 3:15 p.m. from Dwight Rodgers. Rodgers asked what the time frame was to submit statements regarding investigations and was told that it could vary definitely with 10 days is the goal, but a majority of the time statements are received next day and some during the same week. Rodgers advised that he had been terminated and thought it was ironic that this ticket was closed on 6/17/2005 and the documentation he had received regarding his termination also reflected dates from 6/17/2005. Rodgers stated that he had contacted the EEOC to ask questions, as he had a previous EEOC background. Rodgers stated that he strongly felt that he had been terminated for this incident because he inquired about the incident. Rodgers further stated that the only reason he inquired about the incident was because he had not received any notification stating that this case had been closed and he wanted to know about it because it involved him. Rodgers stated that he did not want to seem as though he was contacting Barr in order to obtain information regarding his case because he had been terminated. Barr advised Rodgers that he would need to speak with Barnes regarding this incident if he had further questions and advised that he could reach her at the 800 number at ext. 4166 if he needed to speak with her and he stated that he would contact her later.

*09/07/2005 03:26PM - vbarr*
**Ticket Viewed:** This Ticket was reviewed.

*09/07/2005 02:39PM - vbarr*
**Ticket Viewed:** This Ticket was reviewed.

Rodgers v. Cracker Barrel
Def. Resp. to RFP 00098

*09/07/2005 02:39PM - vbarr*
**Ticket Updated:** This Ticket Has Been Updated.

**09/07/2005 02:38PM - vbarr**
**Internal Correspondence:** emailed ticket to Kelly Barnes so that she could see the most recent activity on this ticket and so she could follow-up with Rodgers if needed.

**09/07/2005 02:38PM - vbarr**
**Ticket Emailed:** This Ticket Was Emailed To kbarnes@crackerbarrel.com.

**09/07/2005 02:36PM - vbarr**
**Ticket Viewed:** This Ticket was reviewed.

**09/07/2005 02:36PM - vbarr**
**Ticket Updated:** This Ticket Has Been Updated.

**09/07/2005 02:31PM - vbarr**
**Call Received:** Call received Dwight Rodgers regarding the outcome of this case. The Guest Resource Team asked Rodgers if he could be called right back because each ticket would need to be viewed individually and he indicated that he could be reached at 678.595.5174. Reviewed the GRS database for tickets for #237 and found ticket number 409609 was the ticket Rodgers was calling about. Once contacted, Rodgers indicated that he had spoken with Rich Alexander, but had received no feedback from anyone regarding the outcome of this case. Rodgers was advised by Barr that the case was closed by Barnes on 6/17/05 and that no policy violation was found. Rodgers was advised that if he needed any additional information regarding this case, he would need to speak with Barnes directly. Rodgers was asked if he would like Barnes to call him back regarding this issue and he stated that he did not; however, he thought it was strange that he had not heard back from anyone regarding this matter.

**09/07/2005 02:28PM - vbarr**
**Ticket Viewed:** This Ticket was reviewed.

**09/07/2005 02:21PM - vbarr**
**Ticket Viewed:** This Ticket was reviewed.

**06/17/2005 11:23AM - kbarnes**
**Ticket Emailed:** This Ticket Was Emailed To : ER_Archive_Ticket@CrackerBarrel.com .

**06/17/2005 11:23AM - kbarnes**
**Ticket Status Changed:** The Status Of This Ticket Was Changed To Closed.

**06/17/2005 11:23AM - kbarnes**
**Reply Requested:** SUMMARY: While Dwight was at Home Office for Training, Rich Alexander held a manager's meeting with Dwight's team. Dwight is aware if this meeting. Rich had shared with me that Dwight has not worked the type of schedule expected of a General Manager and that he may have lost some important credibility with his management team early-on when he started at the store. (by working shorter shifts, not early, not late.) Dwight has also had two or three deaths in the family since joining the unit, which on it's own would not be a problem, but he has taken extended time off for each of the incidents.... and has not been as flexible with his team of assciate managers. Rich wants to see Dwight as a leader work with Tommie and earn his trust. Rich interviewed the Shift Leader while at the store...she overheard Tommie comment. His commenet was insensitive and she did beleive that he did not trust Dwight's notification of another funeral but it was not perceived as offensively as Dwight had presented. Rich decided to coach Tommie on his approach.

**06/17/2005 11:22AM - kbarnes**
**Ticket Viewed:** This Ticket was reviewed.

**06/17/2005 11:15AM - kbarnes**
**Ticket Viewed:** This Ticket was reviewed.

**06/09/2005 12:38PM - kbarnes**
**Ticket Viewed:** This Ticket was reviewed.

**06/01/2005 09:19AM - kbarnes**
**Ticket Viewed:** This Ticket was reviewed.

**05/25/2005 05:15PM - kbarnes**
**Ticket Viewed:** This Ticket was reviewed.

**04/27/2005 04:42PM - kbarnes**

Rodgers v. Cracker Barrel
Def. Resp. to RFP 00099

Print Ticket

---

**03/18/2005 09:39AM - kbarnes**
Ticket Updated: This Ticket Has Been Updated.

**03/18/2005 09:37AM - kbarnes**
Internal Correspondence: DM, Rich Alexander and I reviewed statements sent by GM. Rich has been in training here at home office all week. Rich will meet with tommie early next week to discuss ane will provide me with an update.

**03/18/2005 09:37AM - kbarnes**
Ticket Viewed: This Ticket was reviewed.

**03/08/2005 09:02AM - kbarnes**
Ticket Updated: This Ticket Has Been Updated.

**03/08/2005 09:01AM - kbarnes**
Call Attempt: Left a voice mail for Dwight, GM asking if he has obtained statements and gave him my fax # again.

**03/08/2005 09:00AM - kbarnes**
Ticket Viewed: This Ticket was reviewed.

**03/07/2005 11:59AM - kbarnes**
Ticket Status Changed: The Status Of This Ticket Was Changed To Conclusion.

**03/07/2005 11:58AM - kbarnes**
Call Received: I spoke with the manager who will obtain statements and fax them to Employee Relations. (we spoke on Friday, March 4, 2005).

**03/07/2005 11:57AM - kbarnes**
Ticket Viewed: This Ticket was reviewed.

**03/04/2005 04:02PM - vbarr**
Ticket Emailed: This Ticket Was Emailed To kbarnes@crackerbarrel.com.

**03/04/2005 04:00PM - vbarr**
Ticket Viewed: This Ticket was reviewed.

**03/04/2005 03:58PM - vbarr**
Internal Correspondence: This ticket is being reassigned to Kelly Barnes. Rodgers has been advised to begin and ODR investigation and instructed to speak with Barnes for further direction as to how he should proceed. Rodgers called back and asked if he could speak with Barnes and was transferred to Barnes. Barr also let Barnes know that the ticket was also forthcoming.

**03/04/2005 03:43PM - vbarr**
Ticket Status Changed: The Status Of This Ticket Was Changed To Open.

---

Created&NBSP;03/04/2005 04:00 PM by Von Barr
Updated 09/07/2005 03:39 PM by Von Barr

Source: CSR

---

No Letters have been created for this contact.

---

## CONFIDENTIAL CONCLUDING REPORT

| | |
|---|---|
| Reported Date: | |
| Incident Date.: | |
| Today's Date.: | 06/04/2007 09:27:59 AM |
| Store # .....: | 237 |
| District #...: | 015 |
| Region #.....: | 10 |
| Investigator.: | kbarnes |
| Complaint type(s): | Manager Report of Incident - Employee |

Rodgers v. Cracker Barrel
Def. Resp. to RFP 00101

Print Ticket

**Nature(s) of Complaint:**
**Consent Order Violation(s):**
**GRS Ticket#.:**                                    409609

**I. General Summary of Complaint.**

**II. Outline of the Investigative Process.**

**III. Summary of the Evidence or Explanation of Absence of Evidence.**

**IV. Review of the Accused's Employment/Training History**

**V. Review of the Store History**

**VI. Determination.**
Policy Violation Not Found

**VII. Explanation of Basis for Determination.**

**VIII. Other Issues Arising from Investigation.**

**IX. Action(s) Taken with Regard to All Involved Parties.**

**Patterson, Tommie (Store# 237)**
Involved Type: Accused
Job Code:      RTSAM
Hire Date:
Gender:
Ethnicity:

**Schmid, Penny (Store# 237)**
Involved Type: Witness (Employee)
Job Code:      WAIT4
Hire Date:
Gender:
Ethnicity:

*****END OF REPORT*****

# EXHIBIT J



**CRACKER BARREL #574**
**EMPLOYEE TURNOVER TRACKING**
**FY 2005, QUARTER 4**

| Jun-05 NAME | DATE OF HIRE | DATE OF TERM | POSITION | REASON WHY | ELIGIBLE FOR REHIRE (Y/N) |
|---|---|---|---|---|---|
| 1 Veronica Hopkins | | 6/14/05 | | Quit without notice | No |
| 2 Samantha Mason | | 6/14/05 | | Quit without notice | No |
| 3 Melissa Johnson | 03/01/05 | 6/14/05 | | Quit, did not return | No |
| 4 Brandon Jones | | 6/14/05 | | Quit w/o extension | No |
| 5 Cherise Kimble | 4/14/05 | 6/14/05 | | Quit without notice | No |
| 6 Chrystal McKnight | 6/14/05 | 6/14/05 | Grill | Quit with extension | No |
| 7 Nekeda Thurman | 6/14/05 | 6/14/05 | | Quit without notice | No |
| 8 Lenoris Stinson | 6/14/05 | 6/14/05 | | Quit w/out notice | No |
| 9 Jaworski Sims | 6/14/05 | 6/14/05 | | Quit w/out notice | No |
| 10 Michael Simmons | | 6/14/05 | | Quit without notice | No |
| 11 Carol Mitchell | | 6/14/05 | | Quit w/o notice | No |
| 12 Evelyn Davis | | 6/14/05 | | Quit w/out notice | No |
| 13 Sheldra Buck | | 6/14/05 | | Quit w/out notice | No |
| 14 Christopher Lee | | 6/14/05 | | Quit w/out notice | No |
| 15 Jessica Evans | | 6/14/05 | | Quit w/out notice | No |
| 16 Cha Garcia Williams | | 6/14/05 | | Quit w/o notice | No |
| 17 Chris Tayluton | | 6/14/05 | | Quit w/o notice | No |
| 18 Oleeta Thilker | | 6/14/05 | | Quit w/out notice | No |
| 19 Cluded Quinton | | 6/14/05 | | Quit w/out notice | No |
| 20 Catherine Calaman | | 6/14/05 | | Quit w/o notice | No |
| 21 Erica Clark | | 6/14/05 | | Quit w/o notice | No |
| 22 Shunda Mason | | 6/14/05 | | Quit w/o notice | No |
| 23 Charles Wallace | | 6/14/05 | | Quit w/o notice | No |
| 24 Jessica Boston | | 6/14/05 | | Quit w/o notice | No |
| 25 Latanya Boston | | 6/14/05 | | Quit w/o notice | No |
| 26 Verdia Fannin | | 6/14/05 | | Quit no notice | No |
| 27 Monica McCulloch | | 6/14/05 | | Quit no notice | No |
| 28 Donnie Land | | 6/14/05 | | Quit no notice | No |
| 29 LaTonia Mays | | 6/14/05 | | Quit no notice | No |
| 30 Dianne Smith | | 6/14/05 | | Quit no notice | No |
| 31 Anthony Owens | 6/25/05 | | | Quit no notice | No |
| 32 Kimberly Sanders | | | | Quit without notice | No |

EEOC Doc's 000067
Rodgers v. CB

## CRACKER BARREL #574
## EMPLOYEE TURNOVER TRACKING
## FY 2005, QUARTER 4



| | NAME | DATE OF HIRE | DATE OF TERM | POSITION | REASON WHY | ELIGIBLE FOR REHIRE (Y/N) |
|---|---|---|---|---|---|---|
| | Jul-05 | | | | | |
| 1 | William Jenks | 07/07/05 | | | Quit w/o notice | No |
| 2 | Crystal Maknight | 07/12/05 | | | Quit w/o notice | No |
| 3 | Steven Crosby | 07/12/05 | | | Quit w/o notice | No |
| 4 | Sheila Jacob | 07/12/05 | | | Quit w/o notice | No |
| 5 | Eddie Jacobs | 07/12/05 | | | Quit w/o notice | No |
| 6 | Carolyn Mitchell | 07/12/05 | | | Quit w/o notice | No |
| 7 | Terrell Mays | 07/12/05 | | | Quit w/o notice | No |
| 8 | Shacdina Reese | 07/12/05 | | | Quit w/o notice | No |
| 9 | Mathew Rivera | 07/12/05 | | | Quit w/o notice | No |
| 10 | Mary Robinson | 07/12/05 | | | Abandon position | No |
| 11 | Hope White | 07/12/05 | | | Quit w/o notice | Yes |
| 12 | Sharon Gay | 07/12/05 | | | Quit w/o Notice | Yes |
| 13 | Linda Manuel | 07/03/05 | | | No Call / No Show | No |
| 14 | Edie Jackson | 07/03/05 | | | No Call /No Show | No |
| 15 | Ricky Hudson | 07/01/05 | | | Quit w/o notice | No |
| 16 | Roland Simmons | 07/01/05 | | | Quit w/o notice | No |
| 17 | Shawna Phillips | 07/01/05 | | | Action office | No |
| 18 | Netta Bell | 07/01/05 | | | Quit w/o notice | No |
| 19 | Jackie Jones | 07/25/05 | | | Quit w/o notice | No |
| 20 | Timothy Mason | 07/25/05 | | | Quit w/o notice | No |
| 21 | David Buller | 07/25/05 | | | Quit w/o notice | No |
| 22 | Terrell Conrad | 07/25/05 | | | Poor vehicle conduct | No |
| 23 | Jerome Williamson | 07/25/05 | | | Quit w/o notice | No |
| 24 | Jerome Phillips | 07/25/05 | | | Quit w/o notice | No |
| 25 | Charlene Hinne | 07/25/05 | | | Quit w/o practice | No |
| 26 | David Wallace | 07/25/05 | | | Quit w/o notice | No |
| 27 | Nicole Trip | 07/25/05 | | | quit w/o notice | No |
| 28 | Quatina Mims | 07/25/05 | | | Action office | No |
| 29 | Joslyn Mims | 07/25/05 | | | quit w/o notice | No |
| 30 | Cas Woodson | 07/25/05 | | | quit w/o notice | No |
| 31 | Quatiqua Strayhand | 07/25/05 | | | Action office | No |
| 32 | Tico Strayhand | 07/25/05 | | | Released /performance | No |

EEOC Doc's  000068
Rodgers v. CB

## CRACKER BARREL #574
## EMPLOYEE TURNOVER TRACKING
### FY 2005, QUARTER 4

Jul-05

| # | NAME | DATE OF HIRE | DATE OF TERM | POSITION | REASON WHY | ELIGIBLE FOR REHIRE (Y/N) |
|---|------|--------------|--------------|----------|------------|---------------------------|
| 1 | Jazmine Allen | 01/14/05 | 01/25/05 | Server | Quit w/o notice | No |
| 2 | Jennifer Oates | | 01/25/05 | Server | Quit w/o notice | No |
| 3 | Jennifer Anderson | 3/30/05 | 01/25/05 | Server | Quit w/o notice | Yes |
| 4 | Aretta Sheard | | 01/25/05 | | Dish with notice | Yes |
| 5 | Demesis Stinson | | 01/25/05 | Grill | Quit w/o notice | No |
| 6 | Pamela Robinson | | 01/25/05 | Grill | Quit w/o notice | No |
| 7 | Brittain Shelley | | 01/31/05 | Retail Q | Quit with notice | Yes |
| 8 | Katina Grant | | 01/31/05 | | Quit with notice | Yes |
| 9 | David Brown | | 01/31/05 | | Quit w/o notice | No |
| 10 | Genesis Perales | | 4/01/05 | | Quit w/o notice | No |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |

EEOC Doc's 000069
Rodgers v. CB

## CRACKER BARREL #574
### EMPLOYEE TURNOVER TRACKING
### FY 2005 QUARTER 4

Aug -05

| # | NAME | DATE OF HIRE | DATE OF TERM | POSITION | REASON WHY | ELIGIBLE FOR REHIRE (Y/N) |
|---|------|--------------|--------------|----------|------------|---------------------------|
| 1 | Etta Wooten | | 08/01/05 | Server | Quit w/o notice | No |
| 2 | Tosha Young | | 08/01/05 | Server | Quit w/o notice | No |
| 3 | Rocky D Cox | | 08/01/05 | Server | Quit w/o notice | No |
| 4 | Robert Edward III | | 08/01/05 | Server | Quit w/o notice | Yes |
| 5 | William Jones | | 08/01/05 | Dishwasher | Quit w/o notice | Yes |
| 6 | Leah Franco | | 08/01/05 | Server | Quit w/o notice | No |
| 7 | Jamaal McDonald | | 08/01/05 | Server | Abandon Position | No |
| 8 | Clara Salyagh | | 08/01/05 | Dish | Abandon Position | No |
| 9 | Carlton Harris | | 08/01/05 | Dish | Quit w/o notice | No |
| 10 | Carson Coleman | | 08/01/05 | Grill | No Call/No Show | No |
| 11 | Young Lou | | 08/01/05 | Grill | Quit w/o notice | No |
| 12 | Brenda Thomas | | 08/01/05 | Pick Up | Abandon Position | Yes |
| 13 | Yolonda Watson | | 08/01/05 | Dishes | Quit w/notice | No |
| 14 | Carmen Moreno | | 08/02/05 | Server | Quit w/o notice | No |
| 15 | Angela Breazy | | 08/02/05 | Server | Quit w/o notice | No |
| 16 | Keino Young | | 08/01/05 | Server | Quit/Jan notice | No |
| 17 | Roselyn Bell | | 08/01/05 | Server | Quit w/o notice | No |
| 18 | Santaria Dingolth | | 08/01/05 | Teller | Abandon Position | No |
| 19 | Whitney Drake | | 08/01/05 | Server | Poor performance | No |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |

EEOC Doc's 000070
Rodgers v. CB

EXHIBIT K

Date Printed: 09/08/2005
Time Printed: 10:52AM

**Employee Listing**
**Cracker Barrel # 574**
**All Employees**

| Employee Name | Payroll ID | Badge | SSN | Phone | Born | Hired | Type | Status |
|---|---|---|---|---|---|---|---|---|
| ADDISON JR, CLYDE | 752696 | ******** | ******** | 334-612-2052 | 05/23/1981 | 05/14/2005 | Time Keeping | Active |
| Allen, Jazmian | 760455 | ******** | ******** | 334-725-8473 | 01/06/1983 | 06/15/2005 | Server | Term. (07/25/2005) |
| ARMISTAD, KRISTEN | 753930 | ******** | ******** | 334-738-8495 | 11/08/1984 | 05/28/2005 | Server | Active |
| ARMSTRONG, EMMA | 755922 | ******** | ******** | 334-356-1191 | 07/26/1959 | 05/28/2005 | Server | Active |
| ARMSTRONG, KIMBERLY | 752724 | ******** | ******** | 334-395-5762 | 12/11/1985 | 06/15/2005 | Server | Active |
| ARMSTRONG, QUESTON | 760450 | ******** | ******** | 334-354-1191 | 02/14/1984 | 06/15/2005 | Server | Active |
| ATKINS, DARAYLE | 760449 | ******** | ******** | 313-590-6115 | 12/03/1982 | 06/15/2005 | Server | Active |
| AXEL, MARK | 753914 | ******** | ******** | 334-717-3291 | 01/03/1970 | 06/15/2005 | Time Keeping | Active |
| BANKS, GLADYS | 775288 | ******** | ******** | 334-262-3559 | 08/23/2005 | 08/23/2005 | Time Keeping | Active |
| BARNES, ASHLEY | 753941 | ******** | ******** | 334-613-0324 | 02/04/1962 | 05/20/2005 | Time Keeping | Active |
| BATES, TORRIE | 755629 | ******** | ******** | 334-281-8895 | 11/14/1986 | 05/28/2005 | Time Keeping | Active |
| BEASON, JANIE | 753919 | ******** | ******** | 334-244-9371 | 10/06/1982 | 06/07/2005 | Time Keeping | Active |
| 'S, BRITTANI | 758252 | ******** | ******** | 334-328-7830 | 07/13/1987 | 06/07/2005 | Time Keeping | Active |
| BLOUNT, CHAKATA | 752699 | ******** | ******** | 334-271-3691 | 02/23/1984 | 05/20/2005 | Time Keeping | Active |
| BOLTON, MELISSA | 755937 | ******** | ******** | 334-356-0336 | 12/21/1981 | 05/14/2005 | Server | Active |
| BONEFF, MELISSA | 760824 | ******** | ******** | 334-354-4806 | 06/10/1985 | 05/30/2005 | Server | Active |
| BOWIE, ANGELA | 753343 | ******** | ******** | 334-834-3310 | 04/13/1977 | 06/16/2005 | Cashier | Active |
| BOWIE, LYNDELL | 753925 | ******** | ******** | 334-262-5480 | 12/31/1978 | 05/18/2005 | Cashier | Active |
| BOYKINS, SHELIA | 752732 | ******** | ******** | 334-395-6619 | 05/06/1987 | 05/20/2005 | Time Keeping | Active |
| BRANCHMAN, LANCE | 754535 | ******** | ******** | 334-269-6512 | 07/19/1981 | 05/16/2005 | Time Keeping | Active |
| BRIGGS, JOEY | 769956 | ******** | ******** | 334-590-5754 | 10/20/1985 | 05/23/2005 | Time Keeping | Active |
| BROOKS, JIRU | 765719 | ******** | ******** | 256-504-2075 | 03/17/1983 | 07/27/2005 | Time Keeping | Active |
| BROOKS, LATRISHA | 115846 | ******** | ******** | 334-320-5161 | 12/26/1982 | 07/11/2005 | Time Keeping | Active |
| BROWN, MARY | 754820 | ******** | ******** | 334-262-7916 | 06/06/1978 | 07/19/1999 | Server | Active |
| BROWN, SHEM | 111689 | ******** | ******** | 334-280-3490 | 04/13/1942 | 05/23/2005 | Server | Active |
| BROWNING, CARLOS | 720269 | ******** | ******** | 205-276-0270 | 11/08/1980 | 07/08/1999 | Time Keeping | Active (a months) |
| BURNETT-JAMES, KERRI | 755110 | ******** | ******** | 334-265-7153 | 10/20/1972 | 05/25/2005 | Server | Active |
| CAMERON, TERESA | 755109 | ******** | ******** | 334-265-7153 | 05/05/1987 | 05/25/2005 | Server | Active |
| JETT-JAMES, SHERRI | 723689 | ******** | ******** | 334-549-1304 | 05/05/1987 | 05/25/2005 | Server | Active |
| CARTER, LINDA | 760445 | ******** | ******** | 334-558-6556 | 04/30/1971 | 12/16/2004 | Cashier | Active 5 months |
| CHANEY, RONALD | 755530 | ******** | ******** | 334-265-4403 | 09/10/1981 | 06/15/2005 | Store Mgr | Active |
| CHEATHAM, MARLON | 752727 | ******** | ******** | 334-244-6653 | 01/12/1955 | 08/06/1979 | Time Keeping | Active |
| CLAYTON, LASHUNDA | 775290 | ******** | ******** | 334-549-1304 | 08/06/1979 | 06/26/2005 | Time Keeping | Active |
| CLAYTON, PHYLLIS | 443454 | ******** | ******** | 334-269-2650 | 05/24/1962 | 05/26/2005 | Server | Active |
| COLEMAN, DAMON | 755294 | ******** | ******** | 334-263-6999 | 08/23/2005 | 08/23/2005 | Time Keeping | Active |
| COLEY, CRYSTAL | 755939 | ******** | ******** | 334-285-3114 | 03/09/1979 | 05/16/2005 | Server | Active |
| COX, RACHEL | 753932 | ******** | ******** | 334-284-3575 | 08/26/1980 | 05/20/2005 | Server | Term. (08/01/2005) |
| COX, RICHARD | 106393 | ******** | ******** | 334-782-8468 | 06/30/1964 | 05/20/2005 | Server | Active |
| DANIELS, ANTONIO | 484821 | ******** | ******** | 334-280-2453 | 05/20/2005 | 08/01/2005 | Time Keeping | Active |
| DANIELS, MORGAN |  | ******** | ******** | 334-396-1629 | 08/23/1976 | 08/01/2005 | Time Keeping | Active |

EEOC Doc's  000022
Rodgers v. CB

Date Printed: 09/08/2005
Time Printed: 10:52AM

**Employee Listing**
**Cracker Barrel # 574**
**All Employees**

| Employee Name | Payroll ID | Badge | SSN | Phone | Born | Hired | Type | Status |
|---|---|---|---|---|---|---|---|---|
| DAVIS, MARTELL | 775293 | ********* | ********* | 334-538-2048 | 11/23/1985 | 08/23/2005 | Server | Active |
| DAVIS, SHARNA | 776439 | ********* | ********* | 334-834-4903 | 10/03/1973 | 08/30/2005 | Server | Active |
| DAWSON, CEDRIC | 758254 | ********* | ********* | 313-268-6241 | 02/19/1980 | 06/07/2005 | Server | Active |
| DEERING, JAMIE | 753900 | ********* | ********* | 334-395-7181 | 12/28/1987 | 05/19/2005 | Time Keeping | Active |
| DEFOE, SHERRY | 183456 | ********* | ********* | 334-365-5688 | 07/31/1976 | 01/26/2000 | Time Keeping | Active |
| DENNIS, JIMMY | 753355 | ********* | ********* | 205-755-2030 | 07/22/1985 | 05/18/2005 | Server | Active |
| DOUGLAS, GERALD | 752715 | ********* | ********* | 334-244-0266 | 11/12/1963 | 05/14/2005 | Time Keeping | Active |
| EDMUND III, ROBERT | 755115 | ********* | ********* | 334-271-4083 | 08/02/1985 | 05/25/2005 | Server | Active |
| EL-AMIN, AGIN | 758251 | ********* | ********* | 313-268-6241 | 04/16/1976 | 06/07/2005 | Server | Active |
| EL-KADY, KAREN | 398225 | ********* | ********* | 205-823-2047 | 02/13/1958 | 02/06/2003 | Server | Active |
| FALL, DAVID | 755524 | ********* | ********* | 334-285-6261 | 04/17/1986 | 05/27/2005 | Cashier | Active |
| F. E. KARLA | 756373 | ********* | ********* | 334-561-6010 | 01/02/1983 | 05/31/2005 | Server | Active |
| FAIRE, TIFFANY | 755352 | ********* | ********* | 334-355-7822 | 11/30/1986 | 05/25/2005 | Server | Active |
| FLOWERS, STANTON | 755361 | ********* | ********* | 334-281-7163 | 09/30/1986 | 05/25/2005 | Time Keeping | Term (08/01/2005) |
| FLYNN, CHERRON | 753360 | ********* | ********* | 334-264-1849 | 02/16/1979 | 05/17/2005 | Server | Active |
| FORD, KASIE | 319697 | ********* | ********* | 256-507-0481 | 11/07/1983 | 11/17/2001 | Server | Active |
| FOSTER, BRANDON | 755525 | ********* | ********* | 334-286-1922 | 09/29/1981 | 05/27/2005 | Time Keeping | Active |
| FRANCO, LEAH | 753955 | ********* | ********* | 334-396-2351 | 09/29/1986 | 05/20/2005 | Server | Active |
| FRAZIER, LANESHA | 755927 | ********* | ********* | 334-215-0954 | 07/22/1986 | 05/28/2005 | Server | Active |
| GARDNER, COREY | 765718 | ********* | ********* | 334-613-0086 | 06/05/1985 | 07/11/2005 | Time Keeping | Active |
| GARRARD, FORREST | 753350 | ********* | ********* | 334-274-0613 | 05/31/1978 | 05/18/2005 | Server | Term (07/25/2005) |
| GARRETT, SHAVONE | 755360 | ********* | ********* | 334-324-7484 | 08/29/1982 | 05/26/2005 | Time Keeping | Term (08/08/2005) |
| GLASPER, FITZGERALD | 770553 | ********* | ********* | 334-286-3614 | 11/13/1985 | 08/01/2005 | Time Keeping | Active |
| GLOVER, ZORA | 752716 | ********* | ********* | 1 | 05/12/1977 | 05/14/2005 | Server | Active |
| GLYNN, BRENT | 753933 | ********* | ********* | 334-271-8811 | 03/29/1985 | 05/20/2005 | Time Keeping | Active |
| GORDON, STEPHEN | 765720 | ********* | ********* | 334-272-1754 | 03/21/1986 | 07/11/2005 | Time Keeping | Active |
| GRANT, TASYNTHIA | 755940 | ********* | ********* | 205-837-3805 | 04/18/1985 | 05/30/2005 | Server | Active |
| Q., ? PRACEW | 477964 | ********* | ********* | 334-284-3605 | 07/04/1973 | 08/23/2005 | Server | Active |
| GRIGGS, LINDA | 213932 | ********* | ********* | 205-326-2137 | 02/02/1958 | 06/01/2001 | Time Keeping | Active |
| HALE, FRED | 755930 | ********* | ********* | 334-244-9146 | 07/29/1955 | 05/28/2005 | Server | Active |
| HALL, ROSELYN | 755628 | ********* | ********* | 334-202-8835 | 09/19/1984 | 05/28/2005 | Server | Term (08/01/2005) |
| HALL, TAZETTA | 755103 | ********* | ********* | 334-717-1595 | 09/07/1981 | 05/25/2005 | Server | Active |
| HALL, TOMEKI | 776436 | ********* | ********* | 334-356-4549 | 01/28/1980 | 08/30/2005 | Time Keeping | Active |
| HAMM, WILLIE | 760451 | ********* | ********* | 334-284-5126 | 08/23/1975 | 06/15/2005 | Server | Active |
| HARBISON, MARY | 412253 | ********* | ********* | 256-775-1882 | 03/02/1985 | 08/16/2004 | Time Keeping | Active |
| HARDMON, ARTAVIUS | 753360 | ********* | ********* | 334-414-1320 | 10/24/1985 | 05/18/2005 | Server | Active |
| HARGROVE, STACEY | 242789 | ********* | ********* | 256-339-6651 | 08/21/1982 | 10/19/2000 | Server | Active |
| HARRELL, ILZA | 754821 | ********* | ********* | 334-271-9939 | 08/27/1957 | 05/23/2005 | Server | Term (07/25/2005) |

Date Printed: 09/08/2005
Time Printed: 10:52AM

**Employee Listing**
**Cracker Barrel # 574**
**All Employees**

| Employee Name | Payroll ID | Badge | SSN | Phone | Born | Hired | Type | Status |
|---|---|---|---|---|---|---|---|---|
| HARRIS, CHARLAYNE | 753912 | ******** | ******** | 334-284-1941 | 06/01/1987 | 05/20/2005 | Time Keeping | Term (07/24/2005) |
| HARRIS, KARONE | 761759 | ******** | ******** | 334-288-9808 | 07/10/1984 | 06/21/2005 | Server | Term (08/01/2005) |
| HARRIS, LATISHA | 754833 | ******** | ******** | 334-294-8750 | 04/27/1983 | 04/27/2005 | Server | Active |
| HARRIS, SHUN | 775292 | ******** | ******** | 334-217-1507 | 01/17/1975 | 08/23/2005 | Time Keeping | Active |
| HASAN, ZAFIRAH | 752734 | ******** | ******** | 334-279-0916 | 01/03/1985 | 05/16/2005 | Server | Active |
| HAYWOOD, OTIS | 753920 | ******** | ******** | 334-354-4388 | 10/19/1985 | 05/20/2005 | Server | Active |
| HEARN, SHERITA | 755353 | ******** | ******** | 404-277-0029 | 10/07/1983 | 05/26/2005 | Server | Active |
| HEITER, JAMES | 238233 | ******** | ******** | 205-514-6874 | 09/11/1962 | 10/03/2000 | Store Mgr | Active  *(4 years 8 months)* |
| HENDERSON, SHIRLEY | 752721 | ******** | ******** | 334-313-4100 | 04/26/1966 | 09/04/2005 | Server | Active |
| HICKS, AMBER | 751843 | ******** | ******** | 334-877-1680 | 08/23/1986 | 10/01/2002 | Server | Active |
| HICKS, ANGIE | 163531 | ******** | ******** | 334-871-1680 | 03/20/1966 | 10/01/2002 | Server | Active |
| ?AN, ERNEST | 752729 | ******** | ******** | 334-462-3531 | 10/09/1986 | 05/16/2005 | Server | Active |
| HOLLOWAY, TIFFANY | 777467 | ******** | ******** | 334-281-2203 | 02/12/1984 | 09/06/2005 | Server | Active |
| ~~HOLMES, LISA~~ | 812704 | ******** | ******** | 256-512-9878 | 12/04/1972 | 11/09/1992 | Server | ~~Active~~ |
| HOLSTON, ERIC | 772286 | ******** | ******** | 334-538-7863 | 11/03/1973 | 08/09/2005 | Server | Active |
| HOOKS, BRANDON | 760456 | ******** | ******** | 313-258-7379 | 10/10/1980 | 06/15/2005 | Server | Active |
| HUGHES, BRITTANY | 755925 | ******** | ******** | 334-567-7945 | 01/22/1987 | 05/28/2005 | Server | Active |
| JACKSON, EBONY | 753918 | ******** | ******** | 334-252-0445 | 06/06/1987 | 05/20/2005 | Server | Active |
| JENKINS, RAYMOND | 755904 | ******** | ******** | 334-318-0102 | 04/09/1987 | 05/20/2005 | Time Keeping | Active |
| JESSE, WILLIAM | 755118 | ******** | ******** | 334-322-2712 | 06/23/1983 | 05/26/2005 | Server | Term (08/22/2005) |
| JOHNSON, LEON | 755356 | ******** | ******** | 334-322-6810 | 08/22/1983 | 05/26/2005 | Server | Term (08/01/2005) |
| JOHNSON, SHALONDA | 222185 | ******** | ******** | 334-657-3622 | 03/19/1981 | 05/26/2005 | Time Keeping | Active |
| JOINTER, DOROTHY | 753905 | ******** | ******** | 334-262-2917 | 07/01/1951 | 05/26/2005 | Time Keeping | Term (08/01/2005) |
| JOINTER, KABIR | 772285 | ******** | ******** | 334-561-6021 | 08/04/1984 | 08/09/2005 | Time Keeping | Active |
| Jones, Jackie | 760454 | ******** | ******** | 334-264-6269 | 01/13/1965 | 06/15/2005 | Time Keeping | Active |
| KELLER, KURT | 753364 | ******** | ******** | 334-277-0358 | 11/23/1984 | 05/18/2005 | Time Keeping | Active |
| kelley, Jerome | 392783 | ******** | ******** | 334-361-0584 | 05/15/1964 | 01/13/2005 | Cashier *#Store Mgr* | Active  *(came from active gen 9/4/05)* |
| KELLY, ALISICA | 753352 | ******** | ******** | 334-394-5721 | 07/01/1984 | 05/17/2005 | Server | Active |
| KELLY, YASHICA | 755928 | ******** | ******** | 334-356-9494 | 02/03/1981 | 05/24/2005 | Server | Active |
| KING JR, FRANK | 755527 | ******** | ******** | 334-281-2186 | 09/06/1981 | 05/27/2005 | Server | Active |
| LAMAR, JEFFERY | 755106 | ******** | ******** | 334-322-1369 | 11/18/1985 | 05/24/2005 | Time Keeping | Active |
| LAWRENCE, DEMETRIUS | 776437 | ******** | ******** | 334-356-3650 | 03/26/1980 | 07/01/2003 | Time Keeping | Active |
| LEE, VALERIE | 426478 | ******** | ******** | 205-980-8586 | 08/15/1972 | 05/14/2005 | Server | Active |
| LEFLORE, JENNIFER | 752718 | ******** | ******** | 334-284-0004 | 01/26/1985 | 02/10/2005 | Time Keeping | Active |
| LEFLORE, STEPHANIE | 753554 | ******** | ******** | 334-284-0004 | 02/10/1983 | 05/16/2005 | Cashier | Active |
| LUMPKIN, SANTANA | 754534 | ******** | ******** | 334-284-0004 | 06/29/1987 | 05/23/2005 | Server | Active |
| MACKLIN, SHAWN | 752701 | ******** | ******** | 334-727-0408 | 06/23/1987 | 06/29/2005 | Time Keeping | Term (08/01/2005) |
| MACLIN, ROCHELLE | 755354 | ******** | ******** | 334-394-7696 | 12/18/1979 | 06/23/2005 | Cashier | Active |
| MARTIN, ERICA | 755517 | ******** | ******** | 334-272-7541 | 10/01/1987 | 05/26/2005 | Server | Active |
| MASON, TIMOTHY | 755114 | ******** | ******** | 334-279-7760 | 11/10/1968 | 05/27/2005 | Time Keeping | Active |
| MAXWELL, TIFFANY | 752706 | ******** | ******** | 334-284-4602 | 06/10/1986 | 05/16/2005 | Time Keeping | Term (07/25/2005) |

EEOC Doc's 000024
Rodgers v. CB

Date Printed: 09/08/2005
Time Printed: 10:52AM

**Employee Listing**
**Cracker Barrel # 574**
**All Employees**

| Employee Name | Payroll ID | Badge | SSN | Phone | Born | Hired | Type | Status |
|---|---|---|---|---|---|---|---|---|
| McCAIN, AMBREDAWN | 753377 | ********** | ********** | 334-274-9002 | 07/17/1983 | 05/18/2005 | Cashier | Active |
| McCALL, VERONICA | 753371 | ********** | ********** | 334-277-9032 | 05/18/1973 | 05/18/2005 | Cashier | Active |
| McCLOUD, TAMARA | 754823 | ********** | ********** | 334-727-3837 | 09/03/1987 | 05/23/2005 | Server | Term(08/01/2005) |
| McCOLLUM, CRYSTAL | 775289 | ********** | ********** | 314-239-5307 | 09/14/1986 | 08/23/2005 | Server | Active |
| McCREARY, JAMES | 765721 | ********** | ********** | 334-284-2537 | 02/07/1960 | 07/11/2005 | Time Keeping | Active |
| McKITHEN JR, ALVIN | 739985 | ********** | ********** | 334-318-0169 | 12/02/1984 | 05/21/2005 | Cashier | Term(07/12/2005) |
| McKNIGHT, CRYSTAL | 758255 | ********** | ********** | 334-288-8773 | 09/10/1981 | 06/07/2005 | Server | Active |
| McKNIGHT, MONTE | 755526 | ********** | ********** | 334-288-8773 | 08/24/1983 | 05/27/2005 | Server | Active |
| McQUEEN, ANGELICA | 753355 | ********** | ********** | 334-514-3423 | 06/04/1984 | 05/17/2005 | Server | Active |
| McWILLIAMS, CLARISSA | 760458 | ********** | ********** | 334-269-9822 | 01/12/1986 | 06/15/2005 | Server | Active |
| MILES, ERVIN | 753922 | ********** | ********** | 334-354-7909 | 07/17/1986 | 05/20/2005 | Server | Active |
| ᄂᄂER, ALEXANDRIA | 756224 | ********** | ********** | 404-518-0737 | 03/02/1985 | 06/15/2005 | Server | Active |
| ᄂ∧MS, RACHAEL | 760457 | ********** | ********** | 334-272-4947 | 11/03/1987 | 06/15/2005 | Time Keeping | Active |
| MITCHELL, CARLI | 753355 | ********** | ********** | 334-541-4335 | 03/08/1988 | 05/26/2005 | Server | Active |
| MOORE, ASHLEY | 717455 | ********** | ********** | 334-799-7003 | 09/20/1981 | 07/13/2004 | Store Mgr ? | Active (e months |
| MOORE, JAMIE | 767285 | ********** | ********** | 334-727-3699 | 04/29/1968 | 07/13/2005 | Time Keeping | Active |
| MOORE, JENICE | 759910 | ********** | ********** | 334-356-3487 | 06/07/1979 | 05/20/2005 | Time Keeping | Active |
| MORENO, SHANNON | 753809 | ********** | ********** | 334452681 | 08/25/1969 | 05/19/2005 | Time Keeping | Term(08/01/2005) |
| MURRELL, MELISSA | 753342 | ********** | ********** | 334-354-6131 | 05/13/1980 | 05/17/2005 | Time Keeping | Active |
| Nelson, Patricia | 702711 | ********** | ********** | 334-358-0768 | 07/11/1949 | 08/09/2005 | Time Keeping | Active |
| NORRIS, CYNTHIA | 752714 | ********** | ********** | 334-315-7740 | 01/03/1962 | 05/14/2005 | Server | Active |
| O REILLY, NATASHA | 776170 | ********** | ********** | 334-556-8801 | 06/05/1983 | 08/30/2005 | Server | Active |
| OATES, SUSAN | 496881 | ********** | ********** | 334-235-1486 | 04/01/1964 | 09/06/2005 | Time Keeping | Active |
| ODEN, MARVIN | 760453 | ********** | ********** | 334-336-7772 | 10/31/1985 | 06/15/2005 | Server | Active |
| OVERSTREET, WHITNEY | 753938 | ********** | ********** | 256-684-2500 | 05/09/1986 | 05/20/2005 | Time Keeping | Term(08/08/2005) |
| OWENS, ASHLEY | 755363 | ********** | ********** | 334-324-2304 | 03/14/1982 | 05/26/2005 | Server | Active |
| OWENS, GERALD | 755521 | ********** | ********** | 334-263-4973 | 07/27/1987 | 05/26/2005 | Server | Active |
| Lᄂ ᄂER, MAURICE | 753921 | ********** | ********** | 334-233-7558 | 12/20/1985 | 05/20/2005 | Time Keeping | Term(08/08/2005) |
| Parker, LINDSEY | 752726 | ********** | ********** | 334-213-5988 | 12/19/1984 | 05/16/2005 | Server | Active |
| PATTERSON, CRYSTAL | 777465 | ********** | ********** | 334-558-8406 | 08/19/1983 | 09/06/2005 | Server | Active |
| PEEK, RICHARD | 721027 | ********** | ********** | 334-244-7330 | 12/16/1972 | 11/29/2004 | Store Mgr | Active (6 months |
| PEGGINS, STEVE тнィ+ᴅᴅ | 770552 | ********** | ********** | 334-265-6406 | 10/10/1969 | 08/01/2005 | Time Keeping | Active |
| PEPPERS, TRESSA | 777464 | ********** | ********** | 404-925-8406 | 12/12/1974 | 09/06/2005 | Server | Active |
| PETROVA, BORIANKA | 753358 | ********** | ********** | 334-263-4658 | 09/27/1957 | 05/17/2005 | Server | Active |
| POE, OLLIE | 754828 | ********** | ********** | 334-281-9449 | 01/04/1958 | 05/23/2005 | Server | Active |
| RAMSEY, ANGELA | 755516 | ********** | ********** | 3341-592-0299 | 01/11/1982 | 05/27/2005 | Server | Term(08/08/2005) |
| RAVEN, FLOYD | 776438 | ********** | ********** | 334-394-5708 | 04/03/1985 | 08/30/2005 | Server | Active |
| REID, KEISHA | 755117 | ********** | ********** | 334-796-1766 | 11/28/1983 | 05/25/2005 | Server | Active |
| ROBINSON, TYQUAN | 753924 | ********** | ********** | 334-727-1923 | 04/25/1985 | 05/20/2005 | Time Keeping | Term(08/08/2005) |
| RODGERS, DWIGHT | 364639 | ********** | ********** | 205-879-6532 | 10/28/1966 | 07/22/2002 | Store Mgr | Active 3 years 11 months |
| ROLLINS, HOLLY | 753366 | ********** | ********** | 334-288-3279 | 12/31/1985 | 05/18/2005 | Server | Active |

Date Printed: 09/08/2005
Time Printed: 10:52AM

**Employee Listing**
**Cracker Barrel # 574**
**All Employees**

| Employee Name | Payroll ID | Badge | SSN | Phone | Born | Hired | Type | Status |
|---|---|---|---|---|---|---|---|---|
| ROMAN, SANDRA | 755222 | ********** | | 334-358-0425 | 10/17/1986 | 05/27/2005 | Server | Active |
| ROUSE, JENNIFER | 755104 | ********** | | 334-281-9292 | 12/30/1980 | 05/24/2005 | Server | Active |
| RUDOLPH, KIMBERLY | 754532 | ********** | | 334-227-9984 | 03/16/1986 | 05/23/2005 | Server | Active |
| RUDOLPH, SHARONDA | 753367 | ********** | | 334-303-2922 | 01/20/1986 | 05/18/2005 | Server | Active |
| RUTHVEN, MELANIE | 397917 | ********** | | 334-821-5027 | 06/08/1981 | 02/03/2003 | Time Keeping | Active |
| SABBAGH, JAMES | 754817 | ********** | | 334-272-1759 | 11/13/1981 | 05/17/2005 | Time Keeping | Term (08/01/2005) |
| SANDERS, MARQUITTA | 753361 | ********** | 1 | 04/09/1986 | 05/17/2005 | Cashier | Active |
| SANKEY, TYRONE | 753907 | ********** | | 334-538-7051 | 12/03/1984 | 05/20/2005 | Time Keeping | Active |
| SELLERS, JENNIFER | 757702 | ********** | | 334-271-0566 | 12/04/1986 | 05/14/2005 | Server | Active |
| SELLI, VARNEY | 754832 | ********** | | 334-430-0267 | 10/15/1982 | 05/24/2005 | Time Keeping | Term (08/01/2005) |
| SHARPE, JAZMINE | 755108 | ********** | | 334-280-3940 | 06/04/1987 | 05/25/2005 | Time Keeping | Active |
| SÞÞGE, DARRYL | 755291 | ********** | | 334-271-1507 | 03/24/1987 | 05/24/2005 | Time Keeping | Active |
| SLEDGE, SONDA | 755921 | ********** | | 334-271-1507 | 01/07/1967 | 05/28/2005 | Server | Active |
| SMITH, KEVIN | 592698 | ********** | | 334-263-3783 | 12/03/1970 | 05/25/2005 | Time Keeping | Active |
| SMITH, LECORY | 753356 | ********** | | 334-281-2723 | 08/30/1977 | 05/29/2005 | Time Keeping | Active |
| SMITH, VERDELL | 752719 | ********** | | 334-284-7071 | 06/23/1958 | 05/14/2005 | Time Keeping | Active |
| SORZANO, MICHAEL | 772469 | ********** | | 334-413-6788 | 09/14/1979 | 05/14/2005 | Time Keeping | Active |
| SOUTHWARD, QUOVADIAS | 436798 | ********** | | 334-294-3815 | 01/18/1983 | 08/10/2005 | Time Keeping | Active |
| STACEY, AFTEN | 755519 | ********** | | 334-514-2044 | 03/03/1977 | 08/09/2005 | Server | Active |
| STEWART, OPAL | 755934 | ********** | | 334-272-1093 | 04/01/1986 | 05/28/2005 | Cashier | Active |
| STOKES, BRIAN | 755926 | ********** | | 334-272-1093 | 12/06/1941 | 05/20/2005 | Time Keeping | Active |
| STOKES, TRINDA | 799881 | ********** | | 334-799-5052 | 08/23/1980 | 09/07/2005 | Server | Active |
| STOKLEY, BRITTAIN | 753939 | ********** | | 334-462-6201 | 09/22/1985 | 05/20/2005 | Time Keeping | Term (07/31/2005) |
| STONE, BRENDA | 772284 | ********** | | 334-356-5051 | 10/20/1971 | 08/09/2005 | Server | Active |
| SUTTLES, PATRICIA | 776440 | ********** | | 334-265-6805 | 01/01/1982 | 08/30/2005 | Time Keeping | Active |
| TATUM, TOWANDA | 752700 | ********** | | 334-734-9066 | 06/17/1973 | 05/14/2005 | Time Keeping | Active |
| TAYLOR, DARRYL | 769955 | ********** | | 334-396-3555 | 10/30/1975 | 07/27/2005 | Time Keeping | Active |
| T..OR, STEPHANIE | 755520 | ********** | | 334-215-8027 | 11/23/1983 | 05/27/2005 | Time Keeping | Active |
| TAYLOR, YOLANDA | 772471 | ********** | | 334-271-0327 | 09/24/1972 | 08/10/2005 | Time Keeping | Active |
| TELLIS-OLIVER, DEJOHN | 754819 | ********** | | 334-263-7288 | 11/20/1979 | 05/23/2005 | Time Keeping | Active |
| TERRELL, BRANDON | 753901 | ********** | | 334-393-4575 | 02/28/1986 | 05/19/2005 | Time Keeping | Active |
| THARP, PAMELA | 752730 | ********** | | 256-393-4575 | 11/13/1959 | 05/16/2005 | Time Keeping | Active |
| THOMAS, TERENCE | 755101 | ********** | | 334-260-9580 | 11/02/1985 | 05/24/2005 | Time Keeping | Term (08/01/2005) |
| THOMAS, TIKIMA | 752733 | ********** | | 334-294-1017 | 07/26/1978 | 05/16/2005 | Cashier | Active |
| THOMSEN, BRIAN | 706456 | ********** | | 334-414-4781 | 10/20/1975 | 05/24/2005 | Store Mgr | Active 8 months |
| THORNHILL, ROBERT | 754838 | ********** | | 334-263-4562 | 07/01/1986 | 06/15/2005 | Server | Term (08/08/2005) |
| TURK, CLARISSA | 420475 | ********** | | 334-281-2821 | 09/01/1986 | 06/15/2005 | Server | Active |
| VANN, LAJUNE | 754818 | ********** | | 334-727-7686 | 01/17/1968 | 05/23/2005 | Time Keeping | Active |
| WALKER, NICOLE | 752705 | ********** | | 334-727-9722 | 09/18/1973 | 05/14/2005 | Server | Active |
| WEBSTER, VERA | 753341 | ********** | | 334-277-8454 | 09/11/1935 | 05/17/2005 | Cashier | Active |
| WHEELER, RENAE | 772283 | ********** | | 334-356-5051 | 12/11/1980 | 08/09/2005 | Time Keeping | Active |

EEOC Doc's 000020
Rodgers v. CB

Date Printed:    09/08/2005
Time Printed:    10:52AM

**Employee Listing**
**Cracker Barrel # 574**
**All Employees**

| Employee Name | Payroll ID | Badge | SSN | Phone | Born | Hired | Type | Status |
|---|---|---|---|---|---|---|---|---|
| WHITING, RALPH | 495504 | ********* | ********* | 436-3942 | 11/18/1953 | 07/18/2004 | Store Mgr" | Active  || MONTHS |
| WHITLOW, APRIL | 761760 | ********* | ********* | 334-233-5144 | 09/16/1984 | 06/21/2005 | Server | Term (07/25/2009) |
| WIGGINS, EDWIN | 772282 | ********* | ********* | 216-798-4085 | 08/22/1984 | 08/09/2005 | Time Keeping | Active |
| WILLIAMS, DORIS | 753908 | ********* | ********* | 334-263-3154 | 10/27/1973 | 05/20/2005 | Time Keeping | Active |
| WILLIAMS, EDDIE | 772470 | ********* | ********* | 334-215-8427 | 03/28/1987 | 08/10/2005 | Server | Active |
| WILLIAMS, QUENTIN | 770554 | ********* | ********* | 334-271-1507 | 11/22/1986 | 08/01/2005 | Time Keeping | Active |
| WILLIAMS, TIERRA | 752728 | ********* | ********* | 334212132422 | 02/01/1985 | 05/16/2005 | Cashier | Active |
| WILLIS, VICTORIA | 755923 | ********* | ********* | 773-592-0299 | 09/07/1983 | 05/28/2005 | Server | Active |
| WILSON, CRYSTAL | 755929 | ********* | ********* | 334-394-5778 | 02/10/1984 | 05/28/2005 | Server | Active |
| WRIGHT, DEVIN | 743928 | ********* | ********* | 334-561-7432 | 05/18/1981 | 05/20/2005 | Time Keeping | Active |
| YI, DLAIIA | 777466 | ********* | ********* | 334-264-3160 | 07/10/1985 | 09/06/2005 | Server | Active |
| NG, TASIA | 755932 | ********* | ********* | 334-281-7042 | 05/24/1986 | 05/28/2005 | Server | Term (08/04/2005)* |

# EXHIBIT L

To: Ron Phillps
(678) 482 - 5233

From: Dwight Rodgers
# 574

Thanx

EEOC Doc's 000033
Rodgers v. CB

To: Ron Phillips, RVP, and Region 2

From: Dwight N. Rodgers Sr., GM, and Unit 574

Ron, I am writing this letter with great concern about my career and future with Cracker Barrel.

On June 18th I was asked by Rich Alexander, DM, Dist 15 to meet for a discussion about concerns that he had about my performance and decisions I made as GM of unit 574. Before continuing the conversation he paused to comment that before today June 18th he wasn't sure about my operators' ability, but was impressed by my performance on that said day. He also stated that he had written the documentation in question before my performance that day and saw it fit to continue with its presentation.

Rich began to read a list of credibility and operational issues that I feel were unwarranted and above all other things a motivational kick in the head.

Over the first six months in my position of General Manager I've had my personal/professional characteristics questioned and give and take rightfully so. My concerns are that after two weeks in position as GM of unit 574, I'm receiving documentation, which is not factual nor justly given. In making every effort to recognize and adjust the behaviors, which Rich expressed including communicating, it seems the communication is only done through documentation.

My dispute:

6/3 No schedule change was made and not communicated because no meeting was held the evening Rich commented on that day. Paula Pate was the ROS in charge and we both worked stayed late and discussed our arrival time with each other and we both agreed to 0730 hrs because the next day was going to be a long day. I arrived at 0720hrs and was not late nor did I change my schedule. Paula Pate is willing to verify this statement.

6/11-12 Rich walked into the office only after I had been in the office less than 2 minutes and made the comment "don't give the perception of being an office manager" and walked back out. As he was leaving I asked him what was he talking about. I had only been in the office a few minutes before he came in and that I was almost finish what I was doing. I also explained that the Associate Manager "Brian" who asked about the document did not know how to find the document in the computer and that I was simply retrieving it for him. Rich commented that task I was completing should have been done by less experienced managers than myself, yet I arrived 1 day before preview day the office was in rambles. I was staying two and three hours over my own scheduled to try and get some organization to the office because no one knew how to set the office up. What concerns me here the most is that Rich mentioned Chris Bailey SOS commented about me being an office manager and she denies ever making that comment to Rich. Chris stated that Rich made the comment about me being an office manager and she said did not respond because she did not see me in the office as he was commenting. Ms. Bailey stated that if need be she would speak with you about any and all conversations about my performance that she shared with Rich.

EEOC Doc's 000034
Rodgers v. CB

6/13 Every since 6/3/05 I informed Rich as well as the SOS/ROS of my transportation situation. My vehicle was being repaired and I was in a loaner as of 6/1/05. I informed Rich, that when the Repair Company called and informed me when my car was ready I would have to return the loaner or I will be charged from repair completion date forward. On 6/13 I received a call from the repair company around 1:00pm and was told the vehicle had to be picked up NLT 5pm. I called Rich and informed him of the phone call and got his permission to go and get the vehicle. We were not busy and the ROS, SOS and I Associate was on duty. Rich said to get with the ROS or SOS and see if they felt it was ok to leave and retrieve my vehicle. I also had a second associate coming in at 4:00pm. I did as requested and stayed as late as 3:30pm to ensure that the 2nd associate was not too far off. The ROS (Paula Pate) said to go on before I hit traffic and that all was well and I did. This was communicated with Rich from beginning to end.

6/16 As I strive to improve the behaviors which were in questioned I made every effort to do just that. As Rich stated in his documentation, I called him when I was simply running 1 minute late to inform him of that. Upon arriving to the unit the landscaper was outside waiting on me because Rich asked him to complete a project. I arrived at the unit just minutes after talking to Rich, placed down my paperwork verified with the manager on duty that all was well. I then walked the grounds with the landscaper before receiving/signing anything and went inside to start my shift. As Rich stated Vicki (Store Opening Specialist) stated she did not see me until she was leaving the building at 12:00 so I must not have arrived until then. Rich then stated that he questioned my judgement and ability to prioritize my actions, That I should have asked the landscaper to return at a later time. If were not ready for said business then 1. Why would the specialist be leaving the building 2? Why ask the landscaper to return when there was absolutely none thing going on. Asking the vendor to return would have been pointless.

6/17 Since transferring to Unit 574 I have made every effort to communicate/over communicate with you every change in schedule, every minute out of the unit, every concern of the unit, relentlessly. On 6/16 a schedule change had to be made because of a concerns that the opening team had about the closing managers. I could not relate the change to Rich because I had to voicemail the associate that I had to make the change with and had no confirmation that the change would take place. After my shift and leaving that night the associate called while I was walking out of the door and confirmed that he would be in at 0900 instead of 1100hrs which would allow me to come in one and half hour later. After walking out at 10:00pm I was ready to get some sleep and return the next day. Though by his own words, Rich stated that I have been calling him even when 1 minute late, the one time and under last minute circumstances I'm documented and damned if I do and try and double damned if I don't.

The closing statement of not is willing to continue to spend two and three days each week in my unit and deny other managers were his time was inappropriate, but not one unit has 5 managers with 6.75 avg. months between them all. In holding discussions with the SOS and ROS they found it unbelievable that he even documented me nonetheless had issues with my performance.

All parties mentioned will be willing to discuss any conversations or situations with you.

Chris Bailey, Store Opening Supervisor

EEOC Doc's 000035
Rodgers v. CB

Paula Pate, Retail Opening Supervisor

Dwight N. Rodgers Sr.
GM, Unit 574

EEOC Doc's 000036
Rodgers v. CB

EXHIBIT M

## 12th Week Open

| Unit # | Location | W/E Date | Sales | Retail Sales | % Tot | Labor WTD | Manager Unknown | % | Sales Promo | % | Service comps | % | Voids | % | YTD Guest Complaint | YTD overs Compliment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 513 Lakeland, TN | 11/19/2004 | | | 22.92% | | | 0.16% | | 0.10% | | 0.59% | | 1.85% | | |
| 2 | 562 Ringgold, GA | 12/3/2004 | | | 25.75% | | | 0.22% | | 0.15% | | 0.89% | | 1.50% | | |
| 3 | 560 Emporia, VA | 12/31/2004 | | | 31.09% | | | 0.25% | | 0.06% | | 0.74% | | 1.71% | | |
| 4 | 548 East Point, GA | 1/7/2005 | | | 14.79% | | | 0.35% | | 0.47% | | 1.19% | | 3.02% | | |
| 5 | 554 Greenfield, IN | 1/7/2005 | | | 16.57% | | | 0.06% | | 0.18% | | 0.39% | | 0.60% | | |
| 6 | 557 Spanish Fort, AL | 1/28/2005 | | | 17.86% | | | 0.15% | | 0.27% | | 1.02% | | | |
| 7 | 558 Calera, AL | 2/18/2005 | | | 19.96% | | | 0.11% | | 0.23% | | 1.49% | | 1.23% | | |
| 8 | 556 London, KY | 2/18/2005 | | | 16.31% | | | 0.21% | | 0.29% | | 0.86% | | 0.77% | | |
| 9 | 568 Waynesboro, VA | 2/25/2005 | | | 19.00% | | | 0.16% | | 0.33% | | 0.33% | | 1.00% | | |
| 10 | 553 Sharonville, OH | 2/25/2005 | | | 14.83% | | | 0.22% | | 0.39% | | 0.43% | | 2.12% | | |
| 11 | 550 Mechanicsburg, PA | 4/22/2005 | | | 18.44% | | | 0.03% | | 0.64% | | 0.63% | | 1.70% | | |
| 12 | 561 LaGrange, GA | 4/22/2005 | | | 16.10% | | | 0.27% | | 0.64% | | 0.83% | | 2.48% | | |
| 13 | 569 Shiloh, IL | 5/13/2005 | | | 15.73% | | | 0.13% | | 0.08% | | 0.52% | | | |
| 14 | 555 Shrewsbury, PA | 5/27/2005 | | | 20.94% | | | 0.12% | | 0.33% | | 0.51% | | | |
| 15 | 570 South Hill, VA | 6/10/2005 | | | 20.67% | | | 0.13% | | 0.10% | | 0.47% | | 1.17% | | |
| 16 | 565 Kimball, TN | 7/8/2005 | | | 16.87% | | | 0.27% | | 0.17% | | 0.66% | | 1.04% | | |
| 17 | 535 Pinellas-Clearwater, FL | 7/22/2005 | | | 17.58% | | | 0.43% | | 0.24% | | 0.47% | | 0.96% | | |
| 18 | 566 Myrtle Beach, SC | 7/22/2005 | | | 17.72% | | | 0.01% | | 0.20% | | 0.19% | | 1.16% | | |
| 19 | 549 Berea, KY | 7/29/2005 | | | 14.53% | | | 0.18% | | 0.17% | | 0.75% | | 1.19% | | |
| 20 | 559 Hampton, VA | 7/29/2005 | | | 16.53% | | | 0.08% | | 0.30% | | 0.30% | | 1.32% | | |
| 21 | 573 Lenoir City, TN | 8/19/2005 | | | 16.93% | | | 0.17% | | 0.16% | | 0.26% | | 1.30% | | |
| 22 | 574 Montgomery, AL | 8/26/2005 | | | 17.34% | | | | | 0.11% | | 0.97% | | 2.08% | | |
| 23 | 578 Concord Mills, NC | 9/2/2005 | | | | | | 0.14% | | 0.44% | | | | | |
| 24 | 547 Tampa, FL | 9/16/2005 | | | | | | | | | | | | | |
| 25 | 576 San Antonio, TX | 9/16/2005 | | | | | | | | | | | | | |
| | | FY04 Avg | 58837.11 | 13637.72 | 18.56% | 32.53% | 103.76 | 0.16% | 132.68 | 0.24% | 361.40 | 0.63% | 954.88 | 1.36% | | |
| | | FY03 Avg | 75684.20 | 20944.91 | 21.68% | 36.62% | 138.63 | 0.18% | 120.92 | 0.16% | 384.49 | 0.49% | 1216.06 | 1.60% | | |
| | | FY 04 Avg | 63463.28 | 17957.69 | 22.06% | 30.45% | 97.02 | 0.15% | 87.00 | 0.14% | 209.47 | 0.33% | 807.56 | 1.25% | | |

EEOC Doc's 000107
Rodgers v. CB

# EXHIBIT N

Memo to the File/Witness Statement                    S. Curry, Investigator

4/11/2006
Dwight Rodgers vs Cracker Barrel
Charge No. 130-2005-06620

## Witness was interviewed via telephone

### Ashley Moore, former asst. manager

Moore was employed with the Respondent for a year and a half (Moore worked with the Dwight Rodgers (hereinafter, Charging Party) at the Montgomery store).

Moore was asked if the Respondent received a lot of customer complaints because of poor service.

Moore stated that the Respondent received some complaints from customers but it wasn't an unusual amount.

Moore was asked if the Respondent had a problem staffing the Montgomery store.

Moore stated yes, a lot of the staff quit around the end of July/beginning of August 2005 because they were going back to college.

Moore was asked if the Charging Party asked Rich Alexander if he could hire additional staff.

Moore stated yes, but Rich Alexander told the Charging Party that they could not hire additional staff.

Moore was asked to describe the Charging Party's job performance.

Moore stated that the Charging Party was a good general manager.

Moore was asked if the Charging Party changed his work schedule without notifying the assistant managers.

Moore stated no.

EXHIBIT O

Date 07/19/05                WINGATE INN                   Acct# P56682-00
Time 10:02              2060 EASTERN BOULEVARD             Room# 312
Page  1                  MONTGOMERY, AL  36117
                        PHONE:(334) 244-7880              Rate Code 57
                         FAX:(334) 244-4155                     Group
                                                          Room Type NK1
                                                          Room Rate    60.00

                                                   Arrive JUN 23 05 18:59
                                                   Depart JUL 19 05 10:02 RP
        RODGERS/DWIGHT

                                              MATTIE HANKINS
                                              CRACKER BARREL OLD COUNTRY STR
                                              P. O. BOX 787
        9191 BOYD COPPER PKWY                 LEBANON          TN      37088
        MONTGOMERY      AL      36117

Payment DB L01159 CRACKER BARREL OLD CO   Exp: 00/00

| Date | Description | Reference | Room | Charges | Credits |
|------|-------------|-----------|------|---------|---------|
| JUN 23 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 23 | STATE TAX | | 302 | 2.40 | |
| JUN 23 | CITY TAX | | 302 | 5.10 | |
| JUN 24 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 24 | STATE TAX | | 302 | 2.40 | |
| JUN 24 | CITY TAX | | 302 | 5.10 | |
| JUN 25 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 25 | STATE TAX | | 302 | 2.40 | |
| JUN 25 | CITY TAX | | 302 | 5.10 | |
| JUN 26 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 26 | STATE TAX | | 302 | 2.40 | |
| JUN 26 | CITY TAX | | 302 | 5.10 | |
| JUN 27 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 27 | STATE TAX | | 302 | 2.40 | |
| JUN 27 | CITY TAX | | 302 | 5.10 | |
| JUN 28 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 28 | STATE TAX | | 302 | 2.40 | |
| JUN 28 | CITY TAX | | 302 | 5.10 | |
| JUN 29 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 29 | STATE TAX | | 302 | 2.40 | |
| JUN 29 | CITY TAX | | 302 | 5.10 | |
| JUN 30 | ROOM CHARGE | | 302 | 60.00 | |
| JUN 30 | STATE TAX | | 302 | 2.40 | |
| JUN 30 | CITY TAX | | 302 | 5.10 | |
| JUL 01 | ROOM CHARGE | | 302 | 60.00 | |
| JUL 01 | STATE TAX | | 302 | 2.40 | |
| JUL 01 | CITY TAX | | 302 | 5.10 | |
| JUL 02 | ROOM CHARGE | | 302 | 60.00 | |
| JUL 02 | STATE TAX | | 302 | 2.40 | |
| JUL 02 | CITY TAX | | 302 | 5.10 | |
| JUL 03 | ROOM CHARGE | | 302 | 60.00 | |
| JUL 03 | STATE TAX | | 302 | 2.40 | |
| JUL 03 | CITY TAX | | 302 | 5.10 | |

EEOC Doc's 000030
Rodgers v. CB

Date 07/19/05
Time 10:02
Page  2

WINGATE INN
2060 EASTERN BOULEVARD
MONTGOMERY, AL  36117
PHONE:(334) 244-7880
FAX:(334) 244-4155

Acct# P56682-00
Room# 312

Rate Code 57
Group
Room Type NK1
Room Rate    60.00

Arrive JUN 23 05 18:59
Depart JUL 19 05 10:02 RP

RODGERS/DWIGHT

9191 BOYD COPPER PKWY
MONTGOMERY        AL        36117

MATTIE HANKINS
CRACKER BARREL OLD COUNTRY STR
P. O. BOX 787
LEBANON              TN        37088

Payment DB L01159 CRACKER BARREL OLD CO   Exp: 00/00

| Date | Description | Reference | Room | Charges | Credits |
|------|-------------|-----------|------|---------|---------|
| JUL 04 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 04 | STATE TAX |  | 302 | 2.40 |  |
| JUL 04 | CITY TAX |  | 302 | 5.10 |  |
| JUL 05 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 05 | STATE TAX |  | 302 | 2.40 |  |
| JUL 05 | CITY TAX |  | 302 | 5.10 |  |
| JUL 06 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 06 | STATE TAX |  | 302 | 2.40 |  |
| JUL 06 | CITY TAX |  | 302 | 5.10 |  |
| JUL 07 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 07 | STATE TAX |  | 302 | 2.40 |  |
| JUL 07 | CITY TAX |  | 302 | 5.10 |  |
| JUL 08 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 08 | STATE TAX |  | 302 | 2.40 |  |
| JUL 08 | CITY TAX |  | 302 | 5.10 |  |
| JUL 09 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 09 | STATE TAX |  | 302 | 2.40 |  |
| JUL 09 | CITY TAX |  | 302 | 5.10 |  |
| JUL 10 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 10 | STATE TAX |  | 302 | 2.40 |  |
| JUL 10 | CITY TAX |  | 302 | 5.10 |  |
| JUL 11 | ROOM CHARGE |  | 302 | 60.00 |  |
| JUL 11 | STATE TAX |  | 302 | 2.40 |  |
| JUL 11 | CITY TAX |  | 302 | 5.10 |  |
| JUL 12 | ROOM CHARGE |  | 316 | 60.00 |  |
| JUL 12 | STATE TAX |  | 316 | 2.40 |  |
| JUL 12 | CITY TAX |  | 316 | 5.10 |  |
| JUL 13 | ROOM CHARGE |  | 316 | 60.00 |  |
| JUL 13 | STATE TAX |  | 316 | 2.40 |  |
| JUL 13 | CITY TAX |  | 316 | 5.10 |  |
| JUL 14 | ROOM CHARGE |  | 316 | 60.00 |  |
| JUL 14 | STATE TAX |  | 316 | 2.40 |  |
| JUL 14 | CITY TAX |  | 316 | 5.10 |  |

```
Date 07/19/05                    WINGATE INN              Acct# P56682-00
Time 10:02                  2060 EASTERN BOULEVARD        Room# 312
Page  3                     MONTGOMERY, AL  36117
                            PHONE:(334) 244-7880          Rate Code 57
                            FAX:(334) 244-4155                Group
                                                         Room Type NK1
                                                         Room Rate    60.00

                                                   Arrive JUN 23 05 18:59
      RODGERS/DWIGHT                               Depart JUL 19 05 10:02 RP
```

|  |  |  |  |
|---|---|---|---|
|  |  | MATTIE HANKINS |  |
|  |  | CRACKER BARREL OLD COUNTRY STR |  |
| 9191 BOYD COPPER PKWY |  | P. O. BOX 787 |  |
| MONTGOMERY | AL   36117 | LEBANON | TN    37088 |

Payment DB L01159 CRACKER BARREL OLD CO   Exp: 00/00

| Date | Description | Reference | Room | Charges | Credits |
|---|---|---|---|---|---|
| JUL 15 | ROOM CHARGE |  | 316 | 60.00 |  |
| JUL 15 | STATE TAX |  | 316 | 2.40 |  |
| JUL 15 | CITY TAX |  | 316 | 5.10 |  |
| JUL 16 | ROOM CHARGE |  | 316 | 60.00 |  |
| JUL 16 | STATE TAX |  | 316 | 2.40 |  |
| JUL 16 | CITY TAX |  | 316 | 5.10 |  |
| JUL 17 | ROOM CHARGE |  |  | 60.00 |  |
| JUL 17 | STATE TAX |  |  | 2.40 |  |
| JUL 17 | CITY TAX |  |  | 5.10 |  |
| JUL 18 | ROOM CHARGE |  |  | 60.00 |  |
| JUL 18 | STATE TAX |  |  | 2.40 |  |
| JUL 18 | CITY TAX |  |  | 5.10 |  |
| JUL 19 | DIRECT BILL AMT DUE   RODGERS/DWIGHT |  |  |  | 1755.00 |

As a TripRewards member, you could have earned   15600 points for this stay.
To become a member visit us at triprewards.com or call 1-800-FOR-TRIP.

                              Balance Due:                   .00

I agree that my liability for this bill is not waived.

      Authorized Signature:_____

Please contact the Manager about any issues with your stay.  Wingate Inn
or affiliates may contact you about goods and services unless you call
877-333-6683 or write to Box 27970, Minneapolis, MN 55427-0970 to opt out.
View our Wingate Inn website about privacy.

EEOC Doc's 000032
Rodgers v. CB

# EXHIBIT P



*Thinking of You*

*Charlotte, Linda,
Betty, Lisa and
Mary Jo*

Wilson Florist & Gifts
THE CHINA & CRYSTAL ROOM
1328 MAIN STREET          631-8754
GARDENDALE, ALABAMA 35071
www.wilsonsweddingchapel.com

*Dwight Rogers
Cracker Barrell*

Teleflora          CARD ENCLOSED

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

DWIGHT RODGERS,                    )
                                   )
    Plaintiff,                     )        CIVIL ACTION NO.:
                                   )        2:06-CV-1067-WKW-SRW
                                   )
v.                                 )
                                   )
CRACKER BARREL OLD                 )
COUNTRY STORE, INC.,               )
                                   )
    Defendant.                     )

**PLAINTIFF DWIGHT RODGERS EVIDENTIARY SUBMISSION IN
SUPPORT OF HIS OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Dwight Rodgers, and submits its evidentiary submission in support of his Opposition to Defendant's Motion for Summary Judgment, file contemporaneously herewith:

Exhibit A:   Background Check of RTM Reference Report

Exhibit B.   Plaintiff's monster.com Resume

Exhibit C:   Bojangles Employee Change Status Reports

Exhibits D:  Plaintiff's Resignation From Bojangles

Exhibit E:   Background Check of Bojangles Reference Report

Exhibit F:   July 30, 2004 Evaluation

Exhibit G:    Cracker Barrel Bonus Statements

Exhibit H:    Letter to Rich Alexander re: Performance Improvement Plan

Exhibit I:    Account of Complaint Filed With Hotline

Exhibit J:    Employee Turnover Tracking

Exhibit K:    Employee Listing

Exhibit L:    Letter to Ron Phillips

Exhibit M:    12th week New Store Opening

Exhibit N:    Ashley Moore EEOC Witness Statement

Exhibit O:    Wingate Inn Bill

Exhibit P:    Floral Note

              Plaintiff's Affidavit

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DWIGHT RODGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:06-CV-1067-WKW-SRW** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I placed in US mail **PLAINTIFF DWIGHT RODGERS EVIDENTIARY SUBMISSION IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to the following attorneys of record and electronically filed same using the CM/ECF system on August 31, 2007:

Jennifer Busby
Ashley H. Hattaway
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingahm, Alabama 35203

3

Respectfully submitted,

/s/Byron Perkins
Byron Perkins
State Bar No. ASB - 0183 - N75B
Attorney for Plaintiff


The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203
(205) 244-1115
(205) 244-1171 fax
email: Bperkins@CochranFirm.com


s/Monica A. York
Monica A. York
State Bar No. 781153
Attorney for Plaintiff


ATTORNEYS
BREEDLOVE & LASSITER, LLP
250 East Ponce de Leon Avenue
Suite 425
Decatur, Georgia 30030
(404) 377-5512 (telephone)
(404) 377-5515 (facsimile)
myork@breedloveandlassiter.com


4