# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 2:06-CV-1067-WKW-SRW |
| | ) | |
| v. | ) | |
| | ) | |
| CRACKER BARREL OLD | ) | |
| COUNTRY STORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Dwight Rodgers, Plaintiff herein, and files this Notice Concerning Settlement Conference And Mediation and states the following:

On August 21, 2007, the parties conducted a face to face settlement conference. After some discussion settlement was not reached. The parties believe that mediation will not assist them in resolving this case.

Respectfully submitted this 31 st day of August, 2007.

/s/Byron Perkins
State Bar No. ASB - 0183 - N75B
Attorney for Plaintiff

The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203
(205) 244-1115
(205) 244-1171 fax
email: **bperkins@CochranFirm.com**

                                                <u>s/Monica A. York</u>
                                                Monica A. York
                                                State Bar No. 781153
                                                Attorney for Plaintiff

ATTORNEYS
BREEDLOVE & LASSITER, LLP
250 East Ponce de Leon Avenue
Suite 425
Decatur, Georgia 30030
(404) 377-5512 (telephone)
(404) 377-5515 (facsimile)
email: **myork@breedloveandlassiter.com**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DWIGHT RODGERS,           ) | |
|                                             ) | |
|     Plaintiff,           ) | CIVIL ACTION NO.: |
|                                             ) | 2:06-CV-1067-WKW-SRW |
|                                             ) | |
| v.                                       ) | |
|                                             ) | |
| CRACKER BARREL OLD       ) | |
| COUNTRY STORE, INC.,       ) | |
|                                             ) | |
|     Defendant.         ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed **NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jennifer Busby
Ashley H. Hattaway
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Respectfully submitted,

/s/Byron Perkins
Byron Perkins
State Bar No. ASB - 0183 - N75B
Attorney for Plaintiff

The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203
(205) 244-1115
(205) 244-1171 fax
email: **bperkins@CochranFirm.com**

s/Monica A. York
Monica A. York
State Bar No. 781153
Attorney for Plaintiff

ATTORNEYS
BREEDLOVE & LASSITER, LLP
250 East Ponce de Leon Avenue
Suite 425
Decatur, Georgia 30030
(404) 377-5512 (telephone)
(404) 377-5515 (facsimile)
email: **myork@breedloveandlassiter.com**