IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT RODGERS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO: |
| | ) | 2:06-CV-1067-WKW-SRW |
| CRACKER BARREL OLD | ) | |
| COUNTRY STORE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S RESPONSE TO SHOW CAUSE
ORDER AND MOTION TO STRIKE PLAINTIFF'S DELINQUENT BRIEF AND
EVIDENCE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT**

COMES NOW Defendant Cracker Barrel Old Country Store, Inc. ("Cracker Barrel"), and responds to plaintiffs response to this Court's Show Cause Order and moves to strike plaintiff's belatedly filed brief and "evidence" in opposition to defendant's Motion for Summary Judgment. The grounds for this motion is as follows:

1.      This Court entered a Scheduling Order in this case on April 11, 2007, in which the Court set August 2, 2007 as the deadline for filing all dispositive motions.  The Court also entered a Briefing Order on April 11, 2007, in which the Court ordered that the plaintiff's response brief and any evidentiary submission "shall be due 21 days after the date the motion is **filed**." (emphasis added).

2.      In accordance with the Court's Orders, the defendant electronically filed a Motion for Summary Judgment and accompanying brief and evidence on August 2, 2007.  Electronic notice was sent simultaneously to plaintiff's counsel, Byron Perkins, through the Court's Case Management/Electronic Case Files (CM/ECF) System.  Because Monica York, who is also

counsel for plaintiff, had not registered her electronic information with the Court as required, the defendant sent her its motion, brief and evidentiary submission by e-mail. (See Exhibit 1). The e-mails were delivered to her computer server between 12:06 and 12:07 p.m. on August 2, 2007. (See Exhibit 2). Moreover, as Ms. York admits in the response to the Show Cause Order, she had access to the PACER system and could read and print all documents filed, which would include defendant's Motion for Summary Judgment and supporting submissions.

3.    As ordered by the Court, plaintiff's response to defendant's summary judgment submissions were due 21 days after the filing date of August 2, which was August 23, 2007.

4.    Plaintiff did not file any pleading until August 31, 2007 on which day plaintiff filed a response to the Court's Show Cause Order, a response to defendant's Motion for Summary Judgment, a brief and evidentiary submissions. Defendant's counsel received those pleadings by mail on August 31.

5.    Plaintiff's counsel knew that plaintiff's summary judgment submissions were due on August 23. On August 17, plaintiff's counsel was in defendant's counsel's office reviewing documents (which defendant had offered to plaintiff over two months earlier), and they asked defendant's counsel's paralegal to copy some of the documents for them while they waited. When the paralegal offered to copy and mail the documents to them, they insisted that they take the documents with them that day because their brief was due "next week."

6.    In his response to this Court's Show Cause Order, the plaintiff gives a convoluted and disingenuous response for his failure to file a response to the Summary Judgment Motion on August 23, 2007, which was the deadline imposed by the Court. Plaintiff appears to argue that Federal Rules of Civil Procedure 5 and 6 allowed him an additional three days in which to respond to defendant's motion, and that because the three days ended on a Sunday, he was

allowed to file the brief on Monday, August 27.    Plaintiff's excuse does not hold water because the Court's Briefing Order clearly provides that the plaintiff's brief is due 21 days after the motion was <u>filed</u> - not when the motion was <u>served</u> (but the service was the same day as filed as noted above).  Thus, Rules 5 and 6, which pertain to computation of the time for service, are not applicable to this situation.

7.    The plaintiff also states that he had until August 27, 2007 to either file <u>or</u> serve his response to the motion and that he mailed the defendant copies of his response on that day. Plaintiff is wrong again.  This Court's Order set the deadlines for each party to file their submissions, and the Order does not provide that serving opposition pleadings is a permissible substitute for filing those pleadings.  Moreover, although plaintiff's counsel claims that she mailed copies to defendant's counsel on August 27, defendant's counsel did not receive them until August 31.

8.    Finally, even if plaintiff believed the deadline was August 27, he missed that deadline as well because he did not file any responsive pleadings until August 31.  Plaintiff has no legitimate explanation for why he did not file a response to defendant's Motion for Summary Judgment until August 31, 2007, eight days after the response was due, four days after plaintiff's counsel claims she thought it was due, and three days after the Show Cause Order.

9.    Plaintiff's counsel recently filed an amended affidavit in support of the response to the Show Cause Order correcting a previous misrepresentation and admitting that the documents were not sent to local counsel for plaintiff for filing until August 29, 2007.  This affidavit further highlights the fact that plaintiff took no steps to file anything in response to the Motion for Summary Judgment until after this Court entered a Show Cause Order.

10.     Plaintiff's delinquent submissions should be struck and not considered by this Court because they were filed in direct contradiction to the rules set by the Court and which both parties were obligated to follow.  Federal Rule of Civil Procedure 83(b) explicitly gives the district court the right to regulate practice as long as the parties have actual notice of the requirement.  Fed. R. Civ. P. 83(b).  The advisory committee comments to the rule provide that "[f]urnishing litigants with a copy outlining the judge's practices - or attaching instructions to a notice setting a case for conference or trial - would suffice to give actual notice, as would an order in a case specifically adopting by reference a judge's standing order and indicating how copies can be obtained."  Fed. R. Civ. P. 83 advisory committee notes.  The Eleventh Circuit has upheld the district court's authority to make and enforce such rules. "Concomitant with the district court's power to make rules and issue orders is the power to enforce those rules and orders."  U.S. v. Venske, 296 F.3d 1284, 1291 (11th Cir. 2002) (citing Magluta v. Samples, 162 F.3d 662 (11th Cir. 1998)), cert. denied, 540 U.S. 1011 (2003); see also Carroll v. Jaques Admiralty Law Firm, P.C., 110 F.3d 290 (5th Cir. 1997) (holding that district court had discretion to impose sanctions outside the scope of Fed. R. Civ. P. 37); In re Atlantic Pipe Co., 304 F.3d 135 (1st Cir. 2002) (holding that district court has the power to regulate its calendar and manage its docket as long as it complies with the Federal Rules of Civil Procedure); Beaird v. Seagate Technology, Inc., 145 F.3d 1159 (10th Cir. 1998) (holding that district court had authority to regulate the submission of briefs), cert. denied, 525 U.S. 1054 (1998).

11.     Plaintiff had clear actual notice of the briefing deadlines in this case because this Court entered an order in this case setting those deadlines.  This Court has the power to enforce those deadlines, and because the plaintiff disregarded those deadlines and has provided no legitimate reason for doing so, this Court should not hesitate to enforce its rules.

12.    Wherefore, premises considered, the defendant respectfully requests that the Court refuse plaintiff's response to the Show Cause Order and strike plaintiff's submissions in response to defendant's Motion for Summary Judgment.


          s/ Jennifer M. Busby_____
          Jennifer M. Busby (BUS009)
          Ashley H. Hattaway (HAT007)

          Attorneys for Cracker Barrel Old Country Store, Inc.

**OF COUNSEL**:

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Byron R. Perkins
    The Cochran Law Firm
    505 North 20th Street, Suite 825
    Birmingham, Alabama 35203

    Monica A. York, Esq.
    Breedlove & Lassiters, LLP
    250 E Ponce de Leon Avenue
    Suite 425
    Decatur, GA 30030

                                                  s/ Jennifer M. Busby
                                                OF COUNSEL

# EXHIBIT 1

## Luckey, Terrie

| | |
|---|---|
| **From:** | Luckey, Terrie |
| **Sent:** | Thursday, August 02, 2007 12:06 PM |
| **To:** | 'myork@breedloveandlassiter.com' |
| **Cc:** | Hattaway, Ashley H.; Busby, Ginger |
| **Subject:** | FW: Activity in Case 2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. "Motion for Summary Judgment" |

-----Original Message-----
**From:** efile_notice@almd.uscourts.gov [mailto:efile_notice@almd.uscourts.gov]
**Sent:** Thursday, August 02, 2007 10:51 AM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. "Motion for Summary Judgment"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Hattaway, Ashley Heron entered on 8/2/2007 at 10:51 AM CDT and filed on 8/2/2007

**Case Name:**     Rodgers v. Cracker Barrel Old Country Store, Inc.
**Case Number:**    2:06-cv-1067
**Filer:**     Cracker Barrel Old Country Store, Inc.
**Document Number:** 16

**Docket Text:**
MOTION for Summary Judgment by Cracker Barrel Old Country Store, Inc.. (Hattaway, Ashley)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768008-0]
[20c49158741ce0a499804fd6bdea9ced9b81ade9dada83928cd75178754fe24ddc648
184e09bd67d624c66ec1b6d136a8bf82f929475dbc42091f83b6d659516]]

**2:06-cv-1067 Notice will be electronically mailed to:**

Jennifer Manasco Busby     gbusby@burr.com, MMontgom@burr.com, TLuckey@burr.com

Ashley Heron Hattaway     ahattawa@burr.com, rstewart@burr.com

Byron Renard Perkins     BPerkins@cochranfirm.com

8/31/2007

**2:06-cv-1067 Notice will be delivered by other means to:**

Monica Alayne York
Breedlove & Lassiter, LLP
250 East Ponce De Leon Avenue
Suite 425
Decatur, GA 30030

Message

## Luckey, Terrie

| | |
|---|---|
| **From:** | Luckey, Terrie |
| **Sent:** | Thursday, August 02, 2007 12:07 PM |
| **To:** | 'myork@breedloveandlassiter.com' |
| **Cc:** | Hattaway, Ashley H.; Busby, Ginger; 'BPerkins@cochranfirm.com' |
| **Subject:** | FW: Activity in Case 2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. "BRIEF/MEMORANDUM in Support" |

-----Original Message-----
**From:** efile_notice@almd.uscourts.gov [mailto:efile_notice@almd.uscourts.gov]
**Sent:** Thursday, August 02, 2007 11:44 AM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. "BRIEF/MEMORANDUM in Support"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Hattaway, Ashley entered on 8/2/2007 at 11:43 AM CDT and filed on 8/2/2007
**Case Name:**        Rodgers v. Cracker Barrel Old Country Store, Inc.
**Case Number:**    2:06-cv-1067
**Filer:**                Cracker Barrel Old Country Store, Inc.
**Document Number:** 18

**Docket Text:**
BRIEF/MEMORANDUM in Support re [16] MOTION for Summary Judgment filed by Cracker Barrel Old Country Store, Inc.. (Hattaway, Ashley)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768090-0]
[33cdfb68b29ecbb27d64a4de834383928ae93611cc1372c7ea37f8ae3e3c43b7df82e
53886459d451536357a3483f0452ab8a3ed9c9458a5667e77c791524e4a]]

**2:06-cv-1067 Notice will be electronically mailed to:**

Jennifer Manasco Busby      gbusby@burr.com, MMontgom@burr.com, TLuckey@burr.com

Ashley Heron Hattaway      ahattawa@burr.com, rstewart@burr.com

Byron Renard Perkins    BPerkins@cochranfirm.com

**2:06-cv-1067 Notice will be delivered by other means to:**

Monica Alayne York
Breedlove & Lassiter, LLP
250 East Ponce De Leon Avenue
Suite 425
Decatur, GA 30030

## Luckey, Terrie

| | |
|---|---|
| **From:** | Luckey, Terrie |
| **Sent:** | Thursday, August 02, 2007 12:07 PM |
| **To:** | 'myork@breedloveandlassiter.com' |
| **Cc:** | Hattaway, Ashley H.; Busby, Ginger; 'BPerkins@cochranfirm.com' |
| **Subject:** | FW: Activity in Case 2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. "Evidentiary Submission" |

-----Original Message-----
**From:** efile_notice@almd.uscourts.gov [mailto:efile_notice@almd.uscourts.gov]
**Sent:** Thursday, August 02, 2007 11:10 AM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-01067-WKW-SRW Rodgers v. Cracker Barrel Old Country Store, Inc. "Evidentiary Submission"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from Hattaway, Ashley entered on 8/2/2007 at 11:06 AM CDT and filed on 8/2/2007

| | |
|---|---|
| **Case Name:** | Rodgers v. Cracker Barrel Old Country Store, Inc. |
| **Case Number:** | 2:06-cv-1067 |
| **Filer:** | Cracker Barrel Old Country Store, Inc. |

**Document Number:** 17

**Docket Text:**
Evidentiary Submission re [16] MOTION for Summary Judgment filed by Cracker Barrel Old Country Store, Inc.. (Attachments: # (1) Exhibit A-Affidavit of Rich Alexander & Ex. to Affidavit# (2) Exhibit A - Ex. 2 to Alexander Affidavit# (3) Exhibit A - Exs.3-8 to Alexander Affidavit# (4) Exhibit B - Rodgers Depo (part 1)# (5) Exhibit B - Rodgers Depo (part 2)# (6) Exhibit B - Exs. 1-15 to Rodgers Depo# (7) Exhibit C - RTM (Arby's) Records# (8) Exhibit D - Interrog Responses# (9) Exhibit E - Bojangles Records# (10) Exhibit F - Ruby Tuesday Records# (11) Exhibit G - Affidavit of Tommie Patterson & Ex.1# (12) Exhibit H - EEOC Statement of Penny Schmidt)(Hattaway, Ashley)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-0]
[32b6544ab5d2b49db790da9630af574a30afc8238859c342bd5ae26ef020f6b70c9ce
766728a7b76287f7086c478c085a0b305a8601aaab00c01cbe57cb61c99]]
**Document description:** Exhibit A-Affidavit of Rich Alexander & Ex. to Affidavit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-1]

8/31/2007

[42bc12289f2a1a4209ae03c4ac8020b566fa61cd9ca3a2539a8b1d9ae5e176121c1ee
f32911ea784e3cca4ee76854a64f6da5f1dc49d3874e4f947ab34acc460]]

**Document description:**Exhibit A - Ex. 2 to Alexander Affidavit

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-2]
[42995fbd78bd9e4cc79b091e93f52dea37bac93897aeea9a8662fe39b97a6d86228f5
4c7f05ef3e134cc80ae227904595b8a0e5ddf9e2d0a52d0fbe07e8f71d1]]

**Document description:**Exhibit A - Exs.3-8 to Alexander Affidavit

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-3]
[1050ab4d96737833161d261b49966ad91ca66db2c698219d9acbe07001ccf0e041ce1
844be59f9fd13937faaf3c3bcc8630cac0547f378e5b3c7d5be7e1880e1]]

**Document description:**Exhibit B - Rodgers Depo (part 1)

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-4]
[2cb182da379d35f92ac854c93ec3955524401ceba9b1496cf2cf988ff0771d947ab20
23381c30f023064451f811217bc4b833246aa7b6a746767050225369e9f]]

**Document description:**Exhibit B - Rodgers Depo (part 2)

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-5]
[914123a94f521383f3543e779f3b0a2651ebf490c8d620d0210be1f0ef27cbd6a6c0c
3dad4bfc1c0f322bddef8c11bf013275832ced2f33ce54fca4145672d24]]

**Document description:**Exhibit B - Exs. 1-15 to Rodgers Depo

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-6]
[010ce2215b395ccbc00f68b8750245dab33824dd6c291caf2b9ff3ce28ea8ac88dbf6
01db2f76857b83338a7fbf65138760064fd014a2297d564e87128704988]]

**Document description:**Exhibit C - RTM (Arby's) Records

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-7]
[792d297ceac096f87eec5a68cf5b47158386e23d115572abb54fb8be850003128bfa9
2943e15a4b17d839489bbf62344bc06488bf9cc48897b559a8148f776a0]]

**Document description:**Exhibit D - Interrog Responses

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-8]
[adf6e220ad55898b4fc32ff86800a78c5208ff6bf4faa24fe238550f904d12a9dbfa2
e8005cfe8e817951fa511d80ef5f78bd58ce18d0679a1ecb5021729fa57]]

**Document description:**Exhibit E - Bojangles Records

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-9]
[431bd1efddbc142aa774eabd5ba95fc12fc079ccf4830aadc51509d9d8284379e2fcd
02de77fec13db4f9b997faf792097392e522bf5f019fa247820a9969b12]]

**Document description:**Exhibit F - Ruby Tuesday Records

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-10]

8/31/2007

[52da3b56aebced6bca395c686d5a2dadf5febd715cb49a72ef00e00161d57eb4f635
fe857b34a0d4d4d24492c1a07964d039e627b91677fb14e4d860dd6e9fb8]]
**Document description:**Exhibit G - Affidavit of Tommie Patterson & Ex.1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-11]
[5f93a62151ef20fbf87f3687f388d8cc63b8affd9118c98a8e7cf5bf07dc1e09b012
a7ee13c9016e185f349905183134c60a9e9895fe0a8086867170339b2b43]]
**Document description:**Exhibit H - EEOC Statement of Penny Schmidt
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2007] [FileNumber=768029-12]
[48be9f533f120c488f5e3c416459c4e35785d50a7331eb83b280ec27ae1c93f4a9e8
e5385dffb55ebd809fba7821795c41175c409dbbb3bef45b89d63e0db4a2]]

**2:06-cv-1067 Notice will be electronically mailed to:**

Jennifer Manasco Busby     gbusby@burr.com, MMontgom@burr.com, TLuckey@burr.com

Ashley Heron Hattaway     ahattawa@burr.com, rstewart@burr.com

Byron Renard Perkins     BPerkins@cochranfirm.com

**2:06-cv-1067 Notice will be delivered by other means to:**

Monica Alayne York
Breedlove & Lassiter, LLP
250 East Ponce De Leon Avenue
Suite 425
Decatur, GA 30030

8/31/2007

# EXHIBIT 2

**Luckey, Terrie**

| | |
|---|---|
| **From:** | Saunier, Eddie |
| **Sent:** | Wednesday, September 05, 2007 1:57 PM |
| **To:** | Busby, Ginger |
| **Subject:** | EMails |

The three emails from TLuckey to myork@breedloveandlassiter.com were delivered to mail.east.cbeyond.com (66.180.96.56) between 12:06pm and 12:07pm on 8/2/07.


The three emails from GBusby to myork@breedloveandlassiter.com were delivered to mail.east.cbeyond.com (66.180.96.56) on:


8/28/07 – delivered at 1:37pm

8/29/07 – delivered at 10:54am

8/30/07 – delivered at 4:26pm


Eddie Saunier