IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT RODGERS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 2:06-CV-1067-WKW-SRW |
| ) | |
| v. ) | |
| ) | |
| CRACKER BARREL OLD ) | |
| COUNTRY STORE, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S RESPONSE TO
### JUDGE'S SEPTEMBER 13, 2007 ORDER

COMES NOW Dwight Rodgers, Plaintiff herein, and files this response to United States District Judge's Show September 13, 2007 Order and states the following:

Plaintiff has mailed on this date a payment for reimbursement of expenses in the amount of $250.00 as directed by the court. [Exhibit A].

Respectfully submitted this 24 th day of September, 2007.

/s/Byron Perkins
State Bar No. ASB - 0183 - N75B
Attorney for Plaintiff

The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203
(205) 244-1115
(205) 244-1171 fax
email: bperkins@CochranFirm.com

s/Monica A. York
Monica A. York
State Bar No. 781153
Attorney for Plaintiff

**ATTORNEYS**
**BREEDLOVE & LASSITER, LLP**
250 East Ponce de Leon Avenue
Suite 425
Decatur, Georgia 30030
(404) 377-5512 (telephone)
(404) 377-5515 (facsimile)
email: **myork@breedloveandlassiter.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 2:06-CV-1067-WKW-SRW |
| | ) | |
| v. | ) | |
| | ) | |
| CRACKER BARREL OLD | ) | |
| COUNTRY STORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed PLAINTIFF'S RESPONSE TO JUDGE'S SEPTEMBER 13, 2007 ORDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jennifer Busby
Ashley H. Hattaway
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

Respectfully submitted,

/s/Byron Perkins
Byron Perkins
State Bar No. ASB - 0183 - N75B
Attorney for Plaintiff

The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203
(205) 244-1115
(205) 244-1171 fax
email: bperkins@CochranFirm.com

s/Monica A. York
Monica A. York
State Bar No. 781153
Attorney for Plaintiff

ATTORNEYS
BREEDLOVE & LASSITER, LLP
250 East Ponce de Leon Avenue
Suite 425
Decatur, Georgia 30030
(404) 377-5512 (telephone)
(404) 377-5515 (facsimile)
email: myork@breedloveandlassiter.com

# EXHIBIT A

# Cover Letter/Check #2628 for $250.00

ATTORNEYS
# BREEDLOVE & LASSITER, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Lee Breedlove  404.377.5512
Jule C. Lassiter, III  404.377.5515 Fax
Monica A. York*
*Also admitted in Massachusetts

September 24, 2007

Jennifer Busby, Esq.
Ashley Hattaway, Esq.
Burr & Forman LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

    Re:    ***Dwight N. Rodgers v. Cracker Barrel Old Country Store, Inc.***
                United States District Court for the Middle District of Alabama
                Northern Division: Civil Action No.: CV-06-1067-WKW-SRW

Dear Ms. Busby and Ms. Hattaway:

    Pursuant to Judge Keith Watkins Order of September 13, 2007, enclosed please find payment for expenses in the amount of $250.00 via check number 2628.

    With best regards, I remain,

                              Sincerely yours,

                              **ATTORNEYS**
                              **BREEDLOVE & LASSITER, LLP**

                              Monica A. York

enclosures

**ATTORNEYS BREEDLOVE & LASSITER LLP**
**LEE BREEDLOVE GENERAL PARTNER**
PH. (404)377-5512
250 E. PONCE DE LEON AVE. STE 425
DECATUR, GA 30030

Wachovia
Wachovia Bank, N.A.
wachovia.com
64-22/610

2628

9/24/2007

PAY TO THE ORDER OF   Burr & Foreman, LLP       $**250.00

Two Hundred Fifty and 00/100************************************************************************************   DOLLARS

Burr & Foreman, LLP
420 North 20th Street, Ste 3400
Birmingham, AL 35203

MEMO

AUTHORIZED SIGNATURE

⑈002628⑈ ⑆061000227⑆ 20000 14899108⑈