IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DWIGHT N. RODGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1067-WKW |
| | ) | |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

By order dated October 9, 2007 (Doc. # 35), the court ordered the defendant to file more specific objections to the plaintiff's affidavit, if any, on or before October 12, 2007. It was also ordered that "[t]he plaintiff's response shall be filed on or before October 17, 2007." (*Id.*) The defendant filed its objections on October 12, 2007 (Doc. # 37), in compliance with the court's order. The plaintiff has again[1] failed to respond within the time allowed by order of the court. It is ORDERED that the plaintiff shall show cause in writing **on or before October 25, 2007**, why he should not be held in contempt for failure to comply with the order of this court.

DONE this 23rd day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] The court previously issued a show cause order to the plaintiff on August 28, 2007, for his failure to file a timely response to the defendant's motion for summary judgment. (Doc. # 21.)