IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06-cv-1067-WKW |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the trial in this matter is CONTINUED from the civil trial term commencing December 10, 2007, to the Montgomery non-jury civil trial term commencing on **February 25, 2008.**

It is further ORDERED that the pretrial conference is CONTINUED from October 29, 2007, to **January 28, 2008.** Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 12) are EXTENDED from October 31, 2007, to **February 4, 2008**.

DONE this 24th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE