IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Dwight N. Rodgers,

  Plaintiff,

v.    CASE NO. 2:06-CV-1067 WKW

Cracker Barrel Old Country Store, Inc.,

  Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Dwight N. Rodgers, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

1/14/2008
Date

/s/Monica A. York
(Signature)

Monica A. York
(Counsel's Name)

Dwight N. Rodgers
Counsel for (print names of all parties)

250 E. Ponce de Leon Avenue, Ste 425
Decatur, Georgia 30030
Address, City, State Zip Code

404-377-5512
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Monica A. York, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14 day of January 20 08 to:

Ashley Hattaway, Esq., Jennifer Busby, Esq., Burr & Forman, LLP, 2100 Wachovia Tower

420 North 20th Street, Birminham, Al 35203

1/14/2008
Date

/s/Monica A. York
Signature