IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-1067-WKW |
| ) | |
| CRACKER BARREL OLD ) | |
| COUNTRY STORE, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Strike Plaintiff's Affidavit (Doc. # 37), it is ORDERED that the motion is DENIED.

DONE this 28th day of January, 2008.

                                       /s/ W. Keith Watkins
                             UNITED STATES DISTRICT JUDGE