IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DWIGHT N. RODGERS,** | ) | |
| | ) | |
| Plaintiff**,** | ) | **Civil Action File** |
| | ) | **No. 2:06-CV-1067 WKW** |
| vs. | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO STRIKE DEFENDANT'S REQUEST FOR COSTS**

COMES NOW, Dwight N. Rodgers, Plaintiff and pursuant to Judge Watkins Final Judgment of January 28, 2008, requests this court strike Defendant's Request for Costs. The Final Judgment states that the parties are to bear their own costs. The Defendant simply can not file for costs in direct opposition to Judge Watkins' Final Judgment.

Plaintiff respectfully requests that this court Strike Defendant's Bill of Costs in accordance with its previous Final Judgment.

1

                                    Respectfully submitted,

                                    /s/Monica A. York
                                    Monica A. York
                                    State Bar No. 781153
                                    Attorney for Plaintiff

Attorneys Breedlove & Lassiter, LLP
250 E. Ponce de Leon Avenue, Suite 425
Decatur, Georgia 30030
email: myork@breedloveandlassiter.com

                                    /s/Byron Perkins
                                    Byron Perkins
                                    State Bar No. ASB - 0183 - N75B
                                    Attorney for Plaintiff

The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DWIGHT N. RODGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action File** |
| | ) | **No. 2:06-CV-1067 WKW** |
| vs. | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | Jury Trial Requested |
| **COUNTRY STORE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon Plaintiff's Motion to Strike Defendant's Request for Costs and for good cause shown, it is hereby ORDERED and ADJUDGED that the Bill of Cost be DENIED in accordance with the January 28, 2008, Final Judgment.

SO ORDERED this _____ day of _____, 2008.

_____

Judge, Keith Watkins
United States District Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DWIGHT N. RODGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| | ) | No. 2:06-CV-1067 WKW |
| vs. | ) | |
| | ) | |
| **CRACKER BARREL OLD** | ) | |
| **COUNTRY STORE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing ***Motion to Strike Defendant's Request for Costs*** and ***Order*** with the Clerk of Court by using CM/ECF system which will send notification of such filing to the following CM/ECF counsel of record:

Ashley Hattaway, Esq.
Jennifer Busby, Esq.
Burr & Forman, LLP
2100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203

Respectfully submitted,

/s/Monica A. York
Monica A. York
State Bar No. 781153
Attorney for Plaintiff

Attorneys Breedlove & Lassiter, LLP

4

250 E. Ponce de Leon Avenue, Suite 425
Decatur, Georgia 30030
email: myork@breedloveandlassiter.com

                                                /s/Byron Perkins
                                                Byron Perkins
                                                State Bar No. ASB - 0183 - N75B
                                                Attorney for Plaintiff

The Cochran Firm
505 North 20th Street - Suite 825
Birmingham, Alabama 35203
email: Bperkins@CochranFirm.com