IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT N. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:06-cv-1067-WKW |
| | ) |
| CRACKER BARREL OLD | ) |
| COUNTRY STORE, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of the plaintiff's Motion to Strike Defendant's Request for Costs (Doc. # 49), it is ORDERED that motion is GRANTED and the defendant's bill of costs (Doc. # 48) is hereby STRICKEN.[1]

DONE this 25th day of February, 2008.

                                         /s/   W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE

---

[1] The defendant has orally represented to the court that its bill of costs was filed in error and that it does not oppose the plaintiff's motion to strike.